1  MICHAEL J. AGOGLIA (BAR NO. 154810)
   WENDY M. GARBERS (BAR NO. 213208)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  Attorneys for Defendants
   BANK OF AMERICA CORPORATION,
6  BANK OF AMERICA, NATIONAL
   ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 BRIAN O'DONNELL, MICHAEL VAN        Case No. C-07-04500 RMW
   BELLEGHEM, PATRICIA VAN
13 BELLEGHEM, individual and on behalf  **STIPULATION TO EXTEND**
   of all others similarly situated,    **TIME TO RESPOND**
14
                Plaintiffs,
15
       v.
16
   BANK OF AMERICA CORPORATION,
17 BANK OF AMERICA, NATIONAL
   ASSOCIATION a.k.a. BANK OF
18 AMERICA, N.A., and DOES 1 through 10
   Inclusive,
19
                Defendants.
20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND       1
CASE NO. C-07-04500 RMW
sf-2414256

1  WHEREAS plaintiffs filed a first amended complaint October 11, 2007;

2  WHEREAS, in light of the upcoming holiday, the parties have agreed that
3  defendants may be afforded an additional period in which to respond to the first
4  amended complaint;

5  IT IS HEREBY STIPULATED by the parties, by and through their
6  undersigned counsel, that defendants' deadline for responding to the first amended
7  complaint shall be extended to December 17, 2007.

8

9  Dated: November 1, 2007          MICHAEL J. AGOGLIA
                                    WENDY M. GARBERS
10                                  MORRISON & FOERSTER LLP

11

12                                  By:   /s/
                                        Michael J. Agoglia
13                                      Attorneys for Defendants

14

15
    Dated: November 1, 2007          DAVID M. ARBOGAST
16                                   IRA SPIRO
                                     SPIRO MOSS BARNESS LLP
17

18
                                    By:   /s/
19                                      David M. Arbogast
                                        Attorneys for Plaintiffs
20

21
                            **ECF CERTIFICATION**
22

23  Pursuant to General Order No. 45, § X.B., the filing attorney attests that she
24  has obtained concurrence regarding the filing of this document from the signatories
25  to the document.

26                                  By:   /s/
                                        Wendy M. Garbers
27                                      Attorneys for Defendants

28

STIPULATION TO EXTEND TIME TO RESPOND            2
CASE NO. C-07-04500 RMW
sf-2414256