1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Ira Spiro (SBN 67641)
   Ira@SpiroMoss.com
3  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
4  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456
5

6  Paul R. Kiesel, Esq. (SBN 119854)         Jonathan Shub (SBN 237708)
   kiesel@kbla.com                           jshub@seegerweiss.com
7  Patrick DeBlase, Esq. (SBN 167138)        **SEEGER WEISS LLP**
   deblase@kbla.com                          1515 Market Street, Suite 1380
8  Michael C. Eyerly, Esq. (SBN 178693)      Philadelphia, PA 19107
   eyerly@kbla.com                           Phone: (215) 564-2300; Fax (215) 851-8029
9  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard                   Jeffrey K. Berns, Esq. (SBN 131351)
10 Beverly Hills, California 90211           jberns@jeffbernslaw.com
   Phone: (310) 854-4444; Fax: (310) 854-0812 **LAW OFFICES OF JEFFREY K. BERNS**
11                                           19510 Ventura Boulevard, Suite 200
                                             Tarzana, California 91356
12                                           Phone: (818) 961-2000; Fax: (818) 867-4820
   Attorneys for Plaintiffs and all others Similarly Situated
13

14                     **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

16 BRIAN O'DONNELL, MICHAEL VAN          )   **CASE NO. C-07-04500 RMW**
   BELLEGHEM, PATRICIA VAN               )
17 BELLEGHEM, individually and on behalf of all ) Judge: Hon. Ronald M. Whyte
   others similarly situated,            )   Ctrm:  6
18                                       )
                                         )
19              Plaintiffs,              )   <u>CLASS ACTION</u>
                                         )
20      v.                               )   **NOTICE OF ASSOCIATION OF COUNSEL**
                                         )
21                                       )
   BANK OF AMERICA CORPORATION,          )
22 BANK OF AMERICA, NATIONAL             )
   ASSOCIATION a.k.a. BANK OF AMERICA,   )
23 N.A., and DOES 1 through 10 inclusive,)
                                         )
24              Defendants.              )
                                         )   Complaint Filed: August 29, 2007
25                                       )   Trial Date: Not set yet

26

27

28

Notice of Association of Counsel -  C-07-04500 RMW

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Jonathan Shub (CA State Bar No. 237708) of Seeger Weiss LLP, 1515 Market Street, Suite 1380, Philadelphia, PA 19102, Telephone: (215) 564-2300; Facsimile: (215) 851-8029 is hereby associated with counsel for Plaintiff, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated, in this matter.

DATED: December 4, 2007    SPIRO MOSS BARNESS LLP

By: _____/S/_____
David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Jeffrey K. Berns, Esq.
LAW OFFICES OF JEFFREY K. BERNS
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated