1  MICHAEL J. AGOGLIA (CA SBN 154810)
   magoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   wgarbers@mofo.com
3  NANCY R. THOMAS (CA SBN 236185)
   nthomas@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendants
   BANK OF AMERICA CORPORATION;
8  BANK OF AMERICA, NATIONAL ASSOCIATION

9

10                         UNITED STATES  DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICA VAN BELLEGHEM, Individually and on Behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 Inclusive,<br><br>                Defendants. | **CASE NO. C-07-04500 RMW**<br><br>Judge: Hon. Ronald M. Whyte<br>Ctrm: 6<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING**<br><br><br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

22     WHEREAS, plaintiffs filed a first amended complaint October 11, 2007;

23     WHEREAS, defendants' response to plaintiffs' first amended complaint is due on
24  December 17, 2007;

25     WHEREAS, there is currently a case management conference set herein for December 14,
26  2007;

27     WHEREAS, defendants intend to file dispositive motions in response to the first amended
28  complaint;

1  WHEREAS, in light of the upcoming holidays, the parties have agreed on the following
2  briefing schedule: defendants' motions to dismiss are due on December 17, 2007; plaintiffs'
3  oppositions are due on January 15, 2008; defendants' replies are due on January 25, 2008; the
4  hearing on the motions to dismiss shall be set for February 8, 2008, at 9:00 a.m, or such date
5  thereafter as may be convenient for the Court.

6  Subject to the Court's approval, Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN
7  BELLEGHEM, and PATRICIA VAN BELLEGHEM (hereinafter "Plaintiffs") and Defendants,
8  BANK OF AMERICA CORPORATION, and BANK OF AMERICA, N.A., hereby stipulate and
9  agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

10  1.  The Last date for the parties to meet and confer re: initial disclosures, early
11  settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure
12  26(f) shall be extended through February 4, 2008;

13  2.  The last date for the parties to file Joint ADR Certification with Stipulation to ADR
14  Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be
15  extended through February 4, 2008;

16  3.  The last date for the parties to file a Rule 26(f) Report, complete initial disclosures
17  or state objection in Rule 26(f) Report and file Case Management Statement shall be extended
18  through February 22, 2008;

19  4.  The Initial Case Management Conference ("ICMC") shall be continued to February
20  29, 2008, at 10:30 a.m, or such date thereafter as may be convenient for the Court.

5.  Defendants' dispositive motions shall be due on December 17, 2007; plaintiffs' oppositions shall be due on January 15, 2008; defendants' replies shall be due on January 25, 2008; hearing on the motions to dismiss shall be set for February 8 at 9:00 a.m., or such date thereafter as may be convenient for the Court

Respectfully Submitted,

DATED: December 7, 2007                SPIRO MOSS BARNESS LLP


By:   /s/ David M. Arbogast___
      David M. Arbogast
      on behalf of Plaintiffs

DATED: December 7, 2007                MORRISON & FOERSTER LLP


By:   /s/ Michael J. Agoglia_____
      Michael J. Agoglia
      on behalf of Defendants


### ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: December 7, 2007                /s/ Wendy M. Garbers
                                       Wendy M. Garbers

1 **[PROPOSED] ORDER**

2  Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY
3 ORDERED that:

4  1.  The Last date for the parties to meet and confer re: initial disclosures, early
5 settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure
6 26(f) shall be extended through February 4, 2008;

7  2.  The last date for the parties to file Joint ADR Certification with Stipulation to ADR
8 Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be
9 extended through February 4, 2008;

10  3.  The last date for the parties to file a Rule 26(f) Report, complete initial disclosures
11 or state objection in Rule 26(f) Report and file Case Management Statement shall be extended
12 through February 22, 2008; and

13  4.  The ICMC shall be continued to February 29, 2008, at 10:30 a.m.

14  5.  Defendants' dispositive motions shall be due on December 17, 2007; plaintiffs'
15 oppositions shall be due on January 15, 2008; defendants' replies shall be due on January 25,
16 2008; hearing on the motions to dismiss shall be set for February 8 at 9:00 a.m.

17  IT IS SO ORDERED

18

19 Dated: December __, 2007

Hon. Ronald M. Whyte
United States District Court Judge