1  MICHAEL J. AGOGLIA (CA SBN 154810)
   magoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   wgarbers@mofo.com
3  NANCY R. THOMAS (CA SBN 236185)
   nthomas@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendants                    *E-FILED - 12/12/07*
   BANK OF AMERICA CORPORATION;
8  BANK OF AMERICA, NATIONAL ASSOCIATION

9

10               UNITED STATES  DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12  BRIAN O'DONNELL, MICHAEL VAN          )    CASE NO. C-07-04500 RMW
    BELLEGHEM, PATRICA VAN               )
13  BELLEGHEM, Individually and on        )    Judge: Hon. Ronald M. Whyte
    Behalf of all others similarly situated,  )    Ctrm:  6
14                                        )
                   Plaintiffs,            )    STIPULATION AND []
15                                        )    ORDER RE SCHEDULING
         v.                               )
16                                        )
    BANK OF AMERICA CORPORATION,          )
17  BANK OF AMERICA, NATIONAL             )
    ASSOCIATION a.k.a. BANK OF            )
18  AMERICA, N.A., and DOES 1 through 10  )
    Inclusive,                            )
19                                        )
                   Defendants.            )
20  _____  )    Complaint Filed:  August 29, 2007
                                          )    Trial Date:  Not set yet
21

22       WHEREAS, plaintiffs filed a first amended complaint October 11, 2007;

23       WHEREAS, defendants' response to plaintiffs' first amended complaint is due on

24  December 17, 2007;

25       WHEREAS, there is currently a case management conference set herein for December 14,

26  2007;

27       WHEREAS, defendants intend to file dispositive motions in response to the first amended

28  complaint;

1    WHEREAS, in light of the upcoming holidays, the parties have agreed on the following

2  briefing schedule:  defendants' motions to dismiss are due on December 17, 2007; plaintiffs'

3  oppositions are due on January 15, 2008; defendants' replies are due on January 25, 2008; the

4  hearing on the motions to dismiss shall be set for February 8, 2008, at 9:00 a.m, or such date

5  thereafter as may be convenient for the Court.

6    Subject to the Court's approval, Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN

7  BELLEGHEM, and PATRICIA VAN BELLEGHEM (hereinafter "Plaintiffs") and Defendants,

8  BANK OF AMERICA CORPORATION, and BANK OF AMERICA, N.A., hereby stipulate and

9  agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

10    1.    The Last date for the parties to meet and confer re: initial disclosures, early

11  settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure

12  26(f) shall be extended through February 4, 2008;

13    2.    The last date for the parties to file Joint ADR Certification with Stipulation to ADR

14  Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be

15  extended through February 29, 2008;

16    3.    The last date for the parties to file a Rule 26(f) Report, complete initial disclosures

17  or state objection in Rule 26(f) Report and file Case Management Statement shall be extended

18  through March 14, 2008;

19    4.    The Initial Case Management Conference ("ICMC") shall be continued to March

20  21, 2008, at 10:30 a.m, or such date thereafter as may be convenient for the Court.

21

22

23

24

25

26

27

28

5.  Defendants' dispositive motions shall be due on December 17, 2007; plaintiffs' oppositions shall be due on January 15, 2008; defendants' replies shall be due on January 25, 2008; hearing on the motions to dismiss shall be set for February 8 at 9:00 a.m., or such date thereafter as may be convenient for the Court

Respectfully Submitted,

DATED: December 7, 2007              SPIRO MOSS BARNESS LLP


By:___/s/ David M. Arbogast___
    David M. Arbogast
    on behalf of Plaintiffs

DATED: December 7, 2007              MORRISON & FOERSTER LLP


By:___/s/ Michael J. Agoglia_____
    Michael J. Agoglia
    on behalf of Defendants


## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: December 7, 2007              /s/ Wendy M. Garbers
                                     Wendy M. Garbers

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1.      The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through February 29, 2008;

2.      The last date for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to CivilL.R. 16-8 shall be extended through February 29, 2008;

3.      The last date for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be extended through March 14, 2008; and

4.      The ICMC shall be continued to March 21, 2008, at 10:30 a.m.

5.      Defendants' dispositive motions shall be due on December 17, 2007; plaintiffs' oppositions shall be due on January 15, 2008; defendants' replies shall be due on January 25, 2008; hearing on the motions to dismiss shall be set for February 8 at 9:00 a.m.

IT IS SO ORDERED

Dated: December 12, 2007

_Ronald M. Whyte_
_____
Hon. Ronald M. Whyte
United States District Court Judge