1  MICHAEL J. AGOGLIA (CA SBN 154810)
   magoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   wgarbers@mofo.com
3  NANCY R. THOMAS (CA SBN 236185)
   nthomas@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendants
   BANK OF AMERICA CORPORATION;
8  BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICA VAN BELLEGHEM, Individually and on Behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 Inclusive,<br><br>Defendants. | **CASE NO. C-07-04500 RMW**<br><br>Judge: Hon. Ronald M. Whyte<br>Ctrm: 6<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER RE SCHEDULING**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

WHEREAS, plaintiffs filed a first amended complaint October 11, 2007;

WHEREAS, the parties previously agreed on a stipulated briefing schedule whereby defendants' response to plaintiffs' first amended complaint is due on December 17, 2007;

WHEREAS, the parties are attempting to resolve an issue which may eliminate the need for additional motion practice, but due to client availability will be unable to resolve it by Monday, December 17, 2007, and seek to extend the responsive pleading deadline to Friday, December 21, 2007;

1  WHEREAS, the parties have agreed on the following briefing schedule: defendants' motions to dismiss are due on December 21, 2007; plaintiffs' oppositions are due on January 22, 2008; defendants' replies are due on February 1, 2008; the hearing on the motions to dismiss shall be set for February 15, 2008, at 9:00 a.m., or such date thereafter as may be convenient for the Court.

Subject to the Court's approval, Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM (hereinafter "Plaintiffs") and Defendants, BANK OF AMERICA CORPORATION, and BANK OF AMERICA, N.A., hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

1. Defendants' dispositive motions shall be due on December 21, 2007; plaintiffs' oppositions shall be due on January 22, 2008; defendants' replies shall be due on February 1, 2008; hearing on the motions to dismiss shall be set for February 15 at 9:00 a.m., or such date thereafter as may be convenient for the Court

Respectfully Submitted,

DATED: December 14, 2007            SEEGER WEISS LLP

                                    By:   /s/ Jonathan Shub
                                          Jonathan Shub
                                          on behalf of Plaintiffs

DATED: December 14, 2007            MORRISON & FOERSTER LLP

                                    By:   /s/ Michael J. Agoglia
                                          Michael J. Agoglia
                                          on behalf of Defendants

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: December 14, 2007            /s/  Cathleen E. Stadecker
                                    Cathleen E. Stadecker

REVISED STIPULATION AND [PROPOSED] ORDER – C-07-4500 RMW

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' dispositive motions shall be due on December 21, 2007; plaintiffs' oppositions shall be due on January 22, 2008; defendants' replies shall be due on February 1, 2008; hearing on the motions to dismiss shall be set for February 15 at 9:00 a.m.

IT IS SO ORDERED

Dated: December ___, 2007

Hon. Ronald M. Whyte
United States District Court Judge