| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
| | magoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
| | wgarbers@mofo.com |
| 3 | NANCY R. THOMAS (CA SBN 236185) |
| | nthomas@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |

*E-FILED - 12/20/07*

Attorneys for Defendants
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICA VAN BELLEGHEM, Individually and on Behalf of all others similarly situated,

    Plaintiffs,

v.

BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 Inclusive,

    Defendants.

**CASE NO. C-07-04500 RMW**

Judge: Hon. Ronald M. Whyte
Ctrm: 6

**REVISED STIPULATION AND [] ORDER RE SCHEDULING**

Complaint Filed: August 29, 2007
Trial Date: Not set yet

WHEREAS, plaintiffs filed a first amended complaint October 11, 2007;

WHEREAS, the parties previously agreed on a stipulated briefing schedule whereby defendants' response to plaintiffs' first amended complaint is due on December 17, 2007;

WHEREAS, the parties are attempting to resolve an issue which may eliminate the need for additional motion practice, but due to client availability will be unable to resolve it by Monday, December 17, 2007, and seek to extend the responsive pleading deadline to Friday, December 21, 2007;

1     WHEREAS, the parties have agreed on the following briefing schedule: defendants' motions to dismiss are due on December 21, 2007; plaintiffs' oppositions are due on January 22, 2008; defendants' replies are due on February 1, 2008; the hearing on the motions to dismiss shall be set for February 15, 2008, at 9:00 a.m., or such date thereafter as may be convenient for the Court.

    Subject to the Court's approval, Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM (hereinafter "Plaintiffs") and Defendants, BANK OF AMERICA CORPORATION, and BANK OF AMERICA, N.A., hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

    1.     Defendants' dispositive motions shall be due on December 21, 2007; plaintiffs' oppositions shall be due on January 22, 2008; defendants' replies shall be due on February 1, 2008; hearing on the motions to dismiss shall be set for February 15 at 9:00 a.m., or such date thereafter as may be convenient for the Court

    Respectfully Submitted,

DATED: December 14, 2007     SEEGER WEISS LLP

By:   /s/ Jonathan Shub_____
    Jonathan Shub
    on behalf of Plaintiffs

DATED: December 14, 2007     MORRISON & FOERSTER LLP

By:   /s/ Michael J. Agoglia_____
    Michael J. Agoglia
    on behalf of Defendants

### ECF CERTIFICATION

    Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: December 14, 2007     /s/ Cathleen E. Stadecker
    Cathleen E. Stadecker

**[] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' dispositive motions shall be due on December 21, 2007; plaintiffs' oppositions shall be due on January 22, 2008; defendants' replies shall be due on February 1, 2008; hearing on the motions to dismiss shall be set for February 15 at 9:00 a.m.

IT IS SO ORDERED

Dated: December 20, 2007

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge