1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04500 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:   February 15, 2008<br>Time:   9:00 a.m.<br>Crtrm:  6<br><br>Honorable Ronald M. Whyte<br><br>Complaint filed:   August 30, 2007 |

1  The motion of defendants Bank of America Corporation and Bank of America, National
2  Association, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the
3  first, second, fourth, fifth, and sixth causes of action in the First Amended Complaint of plaintiffs
4  Brian O'Donnell and Michael and Patricia Van Belleghem came on for hearing on February 15,
5  2008, at 9:00 a.m.  Counsel for all parties appeared.
6  Based on the supporting and opposing memoranda and other related documents filed with
7  the Court in connection with this motion, and the papers and records on file in this action,
8  defendants' motion to dismiss the first, second, fourth, fifth, and sixth causes of action of
9  plaintiffs' First Amended Complaint is hereby GRANTED without leave to amend.
10  **IT IS SO ORDERED**.

12  Dated: _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. C-07-04500 RMW (HRL)
sf-2438578

1