| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
|  | magoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
|  | wgarbers@mofo.com |
| 3 | NANCY R. THOMAS (CA SBN 236185) |
|  | nthomas@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|  | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | Attorneys for Defendants |
|  | BANK OF AMERICA CORPORATION; |
| 8 | BANK OF AMERICA, NATIONAL ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04500 RMW (HRL)<br><br>**DECLARATION OF PAMELA SULLIVAN IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:     February 15, 2008<br>Time:    9:00 a.m.<br>Crtrm:   6<br><br>Honorable Ronald M. Whyte<br><br>Complaint filed:     August 30, 2007 |

I, Pamela Sullivan, declare:

1. I am a Vice President for Document Services within Bank of America, N. A. ("Bank of America"). I have worked for Bank of America, or its affiliated entities, for over thirty-five years, and with Bank of America's mortgage operations for approximately the last ten years. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

2. As part of my job responsibilities in Document Services, I am knowledgeable about the program disclosures provided to customers in connection with their mortgage loan transactions.

3. I have reviewed records indicating that plaintiffs Brian O'Donnell and Michael and Patricia Van Belleghem applied for and obtained 1-Month ManyOptions™ ARM mortgages from Bank Of America in, respectively, May - June 2005 and May 2006. At the time of those loan transactions, it was Bank of America's practice to provide consumers at the origination of such transactions with a 1-Month ManyOptions™ ARM Product disclosure in the form attached hereto as Exhibit A.

4. I have also reviewed the loan files maintained by Bank of America in connection with these transactions. Attached hereto as Exhibits B and C, respectively, are true, correct and complete copies of the Truth in Lending Disclosure Statements executed by Mr. O'Donnell and the Van Belleghems. In addition, attached hereto as Exhibits D and E, respectively, are true, correct and complete copies of the Adjustable Rate Riders executed by Mr. O'Donnell and the Van Belleghems in connection with these loan transactions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of December, 2007, at San Diego, California.

_____
Pamela Sullivan

SULLIVAN DECL. IN SUPP. OF MOTION TO DISMISS        1
PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. C-07-04500 RMW (HRL)