# EXHIBIT A

 **Bank of America**

# 1-MONTH MANYOPTIONS ™ ARM PRODUCT

Loan Number: 6997911521

*This disclosure describes the features of the Adjustable Rate Mortgage (ARM) program you are considering. Information on other ARM programs is available upon request. This loan is an ARM because the interest rate and payments may be adjusted after the loan is made. This loan has the potential for deferred interest, also known as negative amortization.*

## HOW YOUR INTEREST RATE AND PAYMENT ARE DETERMINED

1. Your interest rate is based on an index plus a margin. The margin is expressed in percentage points and will stay the same throughout the term of the loan.

2. Your payment is based on the interest rate, loan balance, and loan term.

   - The interest rate is based on the LIBOR Annual Monthly Average ("LAMA") of the 1-month London InterBank Offered Rate ("LIBOR"), as made available by Fannie Mae plus our margin. Ask us for our current interest rate and margin.

   - Information about the Index is published on the Fannie Mae website at: www.fanniemae.com.

   - The initial interest rate may not be based on the index that is used to make later adjustments. It may be less than the index plus a margin. If your initial interest rate is discounted, the rate may increase at the first adjustment date, even if the index stays the same or decreases. Ask us for the amount of our current discount.

## HOW YOUR INTEREST RATE CAN CHANGE

1. The maximum period of time before the first interest rate change date is 1 month.

2. Your interest rate can change every month after the first change date.

3. Your interest rate will be rounded to the next highest 1/8 of one percentage point (0.125%) at each adjustment.

4. Your interest rate cap limits the amount of change in the interest rate. Your interest rate cannot:

   - Exceed the interest rate ceiling established for your loan, which will be between 7.950 and 11.950 percent. Please ask your loan representative for the interest rate ceiling on your loan. The interest rate ceiling is sometimes called the Maximum Rate.

5. Your interest rate will be based on the most recent index available as of the date 15 days before each change date plus our margin.

## HOW YOUR MONTHLY PAYMENT CAN CHANGE

1. **Changes in Monthly Payment.** Your minimum monthly payment can increase or decrease annually based on changes in the interest rate and/or payment caps. Your minimum monthly payment can also increase as described in the Special Payment Adjustment section below.

2. **Annual Payment Cap.** Your monthly payments will not increase or decrease by more than 7.500 percent at any one time, unless a fully amortizing payment is required as described in the Special Payment Adjustment section below. Your payment cap may cause negative amortization to occur. Please refer to the Deferred Interest section below.

3. **Payment Change Date.** Your monthly payment amount may be adjusted 11 months after your first payment is due (effective with your next payment), and every 12 months thereafter based upon changes in the interest rate. Unless limited by the Annual Payment Cap described above, your new monthly payment will be sufficient to amortize your loan over its remaining term in substantially equal payments.

4. For example, on a $10,000 30-year loan with an initial interest rate of 5.375 percent (interest rate reflective of index plus margin) in effect in January 2005, the maximum amount that the interest rate can rise under this program is 6.575 percentage points to 11.950 percent, and the monthly principal and interest payment can rise from a first-year payment of $56.00 to a maximum of $119.52 in the third year. (Note: for NY properties, the monthly payment can rise from a first-year principal and interest payment of $56.00 to a maximum of $113.61 in the second year.)

5. To see what your payments would be, divide your mortgage amount by $10,000; then multiply the monthly payment by that amount. For example, the monthly payment for a mortgage amount of $60,000 would be: $60,000  $10,000 = 6; 6 x $56.00 = $336.00.

6. **Special Payment Adjustments.** In addition to the annual payment adjustment, there are two circumstances when a Special Payment Adjustment, with more than a 7.500% payment increase may be made:

   - whenever your outstanding principal balance equals or exceeds 115% (110% for NY) of your original loan amount; and

   - at the end of every fifth year.


DocMagic eForms 800-649-1362
www.docmagic.com

If necessary, the Special Payment Adjustment will be made to adjust your monthly payment to an amount sufficient to fully amortize your loan over its remaining term in substantially equal payments. Your payments may increase substantially at the time of any Special Payment Adjustment, but a Special Payment Adjustment keeps your loan on schedule for repayment during the original loan term. The 7.500% Annual Payment Cap will not apply to a Special Payment Adjustment. Special Payment Adjustments do not affect the scheduled Payment Change Dates.

Using the previous example of a $10,000 30-year loan, your initial interest rate is 5.375% and your first 12 payments are $56.00. In the second month, the rate could go up to 11.950% but, because of the 7.500% payment cap, payments are not high enough to cover all the interest. The deferred interest, also known as negative amortization, is added to your loan balance (with interest on it), which produces negative amortization of $1,052.93 ($999.52 for NY) during the second year, at this point you owe $1,052.93 ($999.52 for NY) more than you originally borrowed. When your loan balance reaches $11,500 ($11,000 for NY), the Special Payment Adjustment would raise your payments from $56.00 in the first year to $119.52 in the third year ($113.61 for NY in the second year) if the rate at the time of the Special Payment Adjustment remained at 11.950%.

7. **Payment Options.** Your billing statements will show as many as three separate payment options:

  - **Minimum Payment.** This is the minimum amount you must pay. It reflects the payment adjustments described above. This amount will appear on all your monthly billing statements. If interest on your loan for a month is more than the minimum payment, your loan will have deferred interest, also known as negative amortization. This option may cost you more, as the monthly unpaid interest will begin accruing interest the following month. Please refer to the Deferred Interest section below. This option may require a substantially higher payment at the next Special Payment Adjustment and on the Maturity Date.

  - **Interest Only Payment.** This is the amount sufficient to pay all of the monthly interest, but no principal. This amount will appear on your monthly billing statement only if it is more than the Minimum Payment amount. This option eliminates deferred interest, also known as negative amortization, but may require a substantially higher payment at the next Special Payment Adjustment and on the Maturity Date.

  - **Principal and Interest Payment.** This is the monthly payment amount sufficient to fully amortize your loan over its remaining term in substantially equal payments. This amount will appear on your monthly billing statement only if it is more than the Minimum Payment Amount. By making this payment every month, your original loan balance will be paid off at the end of the scheduled loan term.

**You may avoid deferred interest, also known as negative amortization, by payment of either the Interest Only Payment or the Principal and Interest Payment.**

8. **Final Payment Amount.** Changes in your interest rate during the final 5 years of your loan may result in the Minimum Payments being insufficient to repay the loan in full over its remaining term. If this happens and you do not make the Principal and Interest Payments, you will need to pay all amounts still owing (which will include unpaid principal and may include deferred interest, also known as negative amortization) on the maturity date. Lender is under no obligation to refinance the loan at that time. You will, therefore, be required to make payment out of other assets that you may own, or you will have to find a lender, which may be the lender you have this loan with, willing to lend you the money. If you refinance this loan at maturity, you may have to pay some or all of the closing costs normally associated with a new loan even if you obtain refinancing from the same lender.

9. **New Payment Notice.** You will be notified in writing at least 25 days before the due date of a payment at a new level. This notice will contain information about your index, interest rate, payment amount, and loan balance.

### DEFERRED INTEREST

If the interest on your loan for a month is more than the required minimum monthly payment, your loan will have deferred interest, also known as negative amortization. This could happen if an increase in your payment is limited by the 7.500% Annual Payment Cap or if your interest rate increases before the annual payment adjustment. The amount of interest not covered by your monthly payment (the deferred interest) would be added to your loan balance (principal) each month and will accrue interest. The result is that the amount you owe on your principal can increase instead of decrease. This means you could owe more at the end of the mortgage term than the original principal balance. **You may avoid deferred interest, also known as negative amortization, by payment of either the Interest Only Payment or the Principal and Interest Payment.**

### PREPAYMENT OPTION

*(Some loan programs do not have a prepayment pricing option available. The following information applies only if you choose our prepayment pricing option or you have selected a loan program that requires this type of prepayment fee. Please ask your loan representative for details and costs associated with the program selected.)*

You have the right to make payments of principal at any time before they are due. A payment of principal before it is due is called prepayment. The prepayment period and fee may vary based on the type of loan program you choose. Please consult with your loan representative.

1-MONTH MANYOPTIONS    ™ ARM PRODUCT
BA475  05/01/05                    Page 2 of 3                    DocMagic eForms 800-549-1362
www.docmagic.com

**Note: If you do not choose our prepayment pricing option or do not select a loan program that requires this type of prepayment fee, you have the right to make payments of principal at any time before they are due without incurring a prepayment fee.**

## ADDITIONAL FEATURES OF THIS ADJUSTABLE RATE MORTGAGE

Someone buying your principal dwelling may, subject to conditions, be allowed to assume the remaining balance of your loan based upon the original terms. If the property securing your loan is a lot only, not including a principal dwelling, the loan is not assumable at any time in the life of the loan.


**DocMagic** *eForms* 800-649-1362
www.docmagic.com



# EXHIBIT B

# FEDERAL TRUTH IN LENDING
## DISCLOSURE STATEMENT
### Real Estate Loans

Loan Center __CONCORD LOAN CENTER__    No. __2627__  Loan No. __6900091171__

Principal Amount of Proposed Loan __468,000.00__    Expected Funding Date __06/10/05__

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 9.945 % | $ 1,158,815.30 | $ 462,063.18 | $ 1,620,878.48 |

1. **Payment Schedule.**
Your payment schedule will be:

| Number of Payments | Payments Are Due MONTHLY Beginning | Amount of Payments ** | Number of Payments | Payments Are Due MONTHLY Beginning | Amount of Payments ** |
|---|---|---|---|---|---|
| 12 | 08/01/06 | 1505.28 | | | |
| 12 | 08/01/06 | 1618.17 | | | |
| 4 | 08/01/07 | 1739.54 | | | |
| 332 | 12/01/07 | 4749.31 | | | |

2. **Security and Property Insurance.**
You are giving a security interest in real estate at
__1271 TERILYN AVENUE, SAN JOSE, CA 95122__
You may obtain property insurance from anyone you want who is acceptable to the Lender.

3. **Late Payment.**
If a payment is not received by the Lender by its first banking day which is at least __15__ days after the payment due date, you will be charged __5.0__ % of the payment.

4. **Prepayment.**
If you pay off early, you [X] will not [ ] may have to pay a prepayment penalty.
[ ] If you prepay your loan on other than the regular installment date, you may be assessed interest charges until the end of the month.
[ ] You may be entitled to a refund of the mortgage insurance premium from HUD.
You [X] will not [ ] may be entitled to a refund of part of the finance charge.

[X] 5. **Assumption Policy.**
[ ] Someone buying your home cannot assume the remainder of your loan on its original terms.
[X] Someone buying your home may be allowed to assume the remainder of your loan on its original terms, subject to certain conditions stated in your loan documents.

[X] 6. **Variable Rate.**
Your loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

[ ] 7. **Required Deposit.**
The annual percentage rate does not take into account your required deposit.

8. See your loan documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties.

9. **Certain Security Interest Charges.** PLEASE SEE THE GOOD FAITH ESTIMATE AND HUD-1 FOR THESE FEES.
Recording/filing    $_____    $_____
Lien release recording/filing    $_____    $_____

10. The loan applied for will not be secured by any contractual lien except that resulting from the mortgage or deed of trust covering the security described in the Security and Property Insurance Section.
    – THE CURRENT INDEX USED AT THE TIME OF CLOSING WAS 2.280%

**The payment amount does not include a tax and insurance reserve.

BANK OF AMERICA, N.A. ("LENDER")    X _____    6/2/05

RA222 (0400)

TLD1 06/08/05 2:04 PM 6900091171

VMP Mortgage Solutions, Inc. (800)621-7291

PAGE 1 OF 2

## DEFINITION OF TRUTH-IN-LENDING TERMS

### ANNUAL PERCENTAGE RATE

This is not the Note rate for which the borrower applied. The Annual Percentage Rate (APR) is the cost of the loan in percentage terms taking into account various loan charges of which interest is only one such charge. Other charges which are used in calculation of the Annual Percentage Rate are Private Mortgage Insurance or FHA Mortgage Insurance Premium (when applicable) and Prepaid Finance Charges (loan discount, origination fees, prepaid interest and other credit costs). The APR is calculated by spreading these charges over the life of the loan which results in a rate higher than the interest rate shown on your Mortgage/Deed of Trust Note. If interest was the only Finance Charge, then the interest rate and the Annual Percentage Rate would be the same.

### PREPAID FINANCE CHARGES

Prepaid Finance Charges are certain charges made in connection with the loan and which must be paid upon the close of the loan. These charges are defined by the Federal Reserve Board in Regulation Z and the charges must be paid by the borrower. Non-Inclusive examples of such charges are: Loan origination fee, "Points" or Discount, Private Mortgage Insurance or FHA Mortgage Insurance, Tax Service Fee. Some loan charges are specifically excluded from the Prepaid Finance Charge such as appraisal fees and credit report fees.

Prepaid Finance Charges are totaled and then subtracted from the Loan Amount (the face amount of the Deed of Trust/Mortgage Note). The net figure is the Amount Financed as explained below.

### FINANCE CHARGE

The amount of interest, prepaid finance charge and certain insurance premiums (if any) which the borrower will be expected to pay over the life of the loan.

### AMOUNT FINANCED

The Amount Financed is the loan amount applied for less the prepaid finance charges. Prepaid finance charges can be found on the Good Faith Estimate/Settlement Statement (HUD-1 or 1A). For example if the borrower's note is for $100,000 and the Prepaid Finance Charges total $5,000, the Amount Financed would be $95,000. The Amount Financed is the figure on which the Annual Percentage Rate is based.

### TOTAL OF PAYMENTS

This figure represents the total of all payments made toward principal, interest and mortgage insurance (if applicable) over the life of the loan.

### PAYMENT SCHEDULE

The dollar figures in the Payment Schedule represent principal, interest, plus Private Mortgage Insurance (if applicable) over the life of the loan. These figures will not reflect taxes and insurance escrows or any temporary buydown payments contributed by the seller.

# EXHIBIT C

# FEDERAL TRUTH IN LENDING
## DISCLOSURE STATEMENT
### Real Estate Loans

Loan Center __BREA RETAIL LOAN CENTER__   No. __2629__ Loan No. _____6997911521_____

Principal Amount of Proposed Loan _____300,000.00_____   Expected Funding Date _____06/01/06_____

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.378 % | $ 432,277.24 | $ 298,595.00 | $ 730,872.24 |

1. **Payment Schedule.**
   Your payment schedule will be:

| Number of Payments | Payments Are Due MONTHLY Beginning | Amount of Payments ** | Number of Payments | Payments Are Due MONTHLY Beginning | Amount of Payments ** |
|---|---|---|---|---|---|
| 12 | 07/01/06 | 982.25 | | | |
| 12 | 07/01/07 | 1055.91 | | | |
| 12 | 07/01/08 | 1135.11 | | | |
| 12 | 07/01/09 | 1220.24 | | | |
| 12 | 07/01/10 | 1311.76 | | | |
| 300 | 07/01/11 | 2208.03 | | | |

2. **Security and Property Insurance.**
   You are giving a security interest in real estate at:
   751 SOUTH ELM, ARROVO GRANDE, CA 93420
   You may obtain property insurance from anyone you want who is acceptable to the Lender.

3. **Late Payment.**
   If a payment is not received by the Lender by its first banking day which is at least __15__ days after the payment due date, you will be charged __5.0__ % of the payment.

4. **Prepayment.**
   If you pay off early, you [X] will not [ ] may have to pay a prepayment penalty.
   [ ] If you prepay your loan on other than the regular installment date, you may be assessed interest charges until the end of the month.
   [ ] You may be entitled to a refund of the mortgage insurance premium from HUD.
   You [X] will not [ ] may be entitled to a refund of part of the finance charge.

[X] 5. **Assumption Policy.**
   [ ] Someone buying your home cannot assume the remainder of your loan on its original terms.
   [X] Someone buying your home may be allowed to assume the remainder of your loan on its original terms, subject to certain conditions stated in your loan documents.

[X] 6. **Variable Rate.**
   Your loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

[ ] 7. **Required Deposit.**
   The annual percentage rate does not take into account your required deposit.

8. See your loan documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties.

9. **Certain Security Interest Charges.** PLEASE SEE THE GOOD FAITH ESTIMATE AND HUD-1 FOR THESE FEES.
   Recording/filing                    $_____
   Lien release recording/filing   $_____   $_____

10. The loan applied for will not be secured by any contractual lien except that resulting from the mortgage or deed of trust covering the security described in the Security and Property Insurance Section.
    – THE CURRENT INDEX USED AT THE TIME OF CLOSING WAS 4.111% .

**The payment amount does not include a tax and insurance reserve.

BANK OF AMERICA, N.A. ("LENDER")

BA222 (0511)

TLD1 05/25/06 2:10 PM 6997911521

VMP Mortgage Solutions, Inc. (800)521-7291

PAGE 1 OF 2

# DEFINITION OF TRUTH-IN-LENDING TERMS

## ANNUAL PERCENTAGE RATE

This is not the Note rate for which the borrower applied. The Annual Percentage Rate (APR) is the cost of the loan in percentage terms taking into account various loan charges of which interest is only one such charge. Other charges which are used in calculation of the Annual Percentage Rate are Private Mortgage Insurance or FHA Mortgage Insurance Premium (when applicable) and Prepaid Finance Charges (loan discount, origination fees, prepaid interest and other credit costs). The APR is calculated by spreading these charges over the life of the loan which results in a rate higher than the interest rate shown on your Mortgage/Deed of Trust Note. If interest was the only Finance Charge, then the interest rate and the Annual Percentage Rate would be the same.

## PREPAID FINANCE CHARGES

Prepaid Finance Charges are certain charges made in connection with the loan and which must be paid upon the close of the loan. These charges are defined by the Federal Reserve Board in Regulation Z and the charges must be paid by the borrower. Non-Inclusive examples of such charges are: Loan origination fee, "Points" or Discount, Private Mortgage Insurance or FHA Mortgage Insurance, Tax Service Fee. Some loan charges are specifically excluded from the Prepaid Finance Charge such as appraisal fees and credit report fees.

Prepaid Finance Charges are totaled and then subtracted from the Loan Amount (the face amount of the Deed of Trust/Mortgage Note). The net figure is the Amount Financed as explained below.

## FINANCE CHARGE

The amount of interest, prepaid finance charge and certain insurance premiums (if any) which the borrower will be expected to pay over the life of the loan.

## AMOUNT FINANCED

The Amount Financed is the loan amount applied for less the prepaid finance charges. Prepaid finance charges can be found on the Good Faith Estimate/Settlement Statement (HUD-1 or 1A). For example if the borrower's note is for $100,000 and the Prepaid Finance Charges total $5,000, the Amount Financed would be $95,000. The Amount Financed is the figure on which the Annual Percentage Rate is based.

## TOTAL OF PAYMENTS

This figure represents the total of all payments made toward principal, interest and mortgage insurance (if applicable) over the life of the loan.

## PAYMENT SCHEDULE

The dollar figures in the Payment Schedule represent principal, interest, plus Private Mortgage Insurance (if applicable) over the life of the loan. These figures will not reflect taxes and insurance escrows or any temporary buydown payments contributed by the seller.

# EXHIBIT D

LOAN # 6900091171

# ADJUSTABLE RATE RIDER
### LIBOR Annual Monthly Average (LAMA) of 1-Month LIBOR Index

THIS ADJUSTABLE RATE RIDER is made this   8TH   day of JUNE, 2005
,and is incorporated into and shall be deemed to amend and supplement the
Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date
given by the undersigned (the "Borrower") to secure Borrower's Adjustable Rate Note
(the "Note") to BANK OF AMERICA, N.A.

(the "Lender") of the same date and covering the property described in the Security
Instrument and located at: 1271 TERILYN AVENUE, SAN JOSE, CA  95122

(Property Address)

THE NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN THE
INTEREST RATE AND THE MONTHLY PAYMENT. THE NOTE LIMITS
THE AMOUNT THE PAYMENT CAN CHANGE AT ANY ONE TIME AND
THE MAXIMUM RATE THE BORROWER MUST PAY.

ADDITIONAL COVENANTS. In addition to the covenants and agreements made in
the Security Instrument, Borrower and Lender further covenant and agree as follows:

A.  INTEREST RATE AND MONTHLY PAYMENT CHANGES
    The Note provides for an initial interest rate of    1.000    %. The Note
provides for changes in the interest rate and the monthly payments as follows:

4.   INTEREST RATE AND MONTHLY PAYMENT CHANGES
     (A) Interest Rate Change Dates
     The interest rate I will pay may change on the first day of   AUGUST, 2005
     , and on the first day of every month thereafter. Each date on which my interest
rate could change is called a "Rate Change Date."

**MULTISTATE ADJUSTABLE RATE RIDER – Single Family**
Page 1 of 5
BA477R (0504).01        VMP Mortgage Solutions, Inc. (800)521-7291

M77R 06/08/05 2:04 PM 6900091171

**(B) The Index**

Beginning with the first Change Date, my adjustable rate will be based on an Index. The "Index" is equal to the LIBOR Annual Monthly Average ("LAMA") of the 1-month London Inter-Bank Offered Rate ("LIBOR"), as made available by Fannie Mae on their website, through electronic transmission or by telephone. The most recent LIBOR Annual Monthly Average ("LAMA") figure available as of the date 15 days before each Change Date is called the "Current Index".

If the Index is no longer available, or is no longer posted either through electronic transmission or by telephone, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Rate Change Date, the Note Holder will calculate my new interest rate by adding  TWO AND ONE-EIGHTH                                              percentage points (     2.125          %) to the Current Index. The Note Holder will then round the result of this addition to the  NEXT HIGHEST     one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Rate Change Date.

**(D) Interest Rate Limit**

My interest rate will never be greater than          9.950        %.

**(E) Payment Changes**

My monthly payment may be adjusted on        AUGUST 01, 2006              and on the same date each year thereafter. Each date on which my payment could change is called a "Payment Change Date." My monthly payment will not increase or decrease by more than 7.5% from the payment in effect just prior to the change ("Annual Payment Cap"), except as described in Section 4(G) below. Unless limited by the Annual Payment Cap, my new monthly payment will equal the amount necessary to amortize (pay off) my loan in substantially equal installments over its remaining term based on the interest rate that became effective on the Rate Change Date prior to the Payment Change Date.

**(F) Principal Balance Adjustments - Deferred Interest (Negative Amortization)**

If my monthly payment is less than the amount necessary to pay the full amount of interest for that month, the portion of interest that is unpaid will be added to the principal balance of my loan as of the due date for such payment and will accrue interest at the rate in effect from time to time in accordance with this Note.

BA477R (0504).01                    Page 2 of 5

M77R 06/08/05 2:04 PM 6900091171

**(G) Full Reamortization**
The Payment Change Dates occurring immediately following every fifth year (on the due dates for my 61st, 121st, 181st, 241st and 301st payments) are instead called "Reamortization Dates." In addition, if as of a due date for any payment, the principal balance on this loan would increase to an amount that equals or exceeds 115 % of the original principal balance, that due date will also be a "Reamortization Date."

Effective with the payment due on a Reamortization Date, the Note Holder will adjust my monthly payment in the same manner as provided in Section 4(E) above, except that the Note Holder will not apply the Annual Payment Cap. I will continue making payments at the new level until the next Payment Change Date or Reamortization Date.

I understand that changes in the interest rate that occur during the final five years of my loan term may make my monthly payments insufficient to pay off my loan over the remaining term in equal installments unless I elect to make fully amortizing payments during that period, as provided in Section 4(H) below. As agreed in Section 3(A) above, I will pay off all amounts still owing under this Note on or before the Maturity Date even if this requires a substantially higher payment on the Maturity Date than the immediately preceding payment amounts. Lender is under no obligation to refinance the loan at that time. I will, therefore, be required to make payment out of other assets that I may own, or I will have to find a lender, which may be the lender I have this loan with, willing to lend me the money. If I refinance this loan at maturity, I may have to pay some or all of the closing costs normally associated with a new loan even if I obtain refinancing from the same lender.

**(H) Payment Options**
I will have up to three monthly payment options for my loan. I may always make the monthly payment required under Sections 3(B), 4(E) or 4(G), as applicable (the "Required Payment"). If the Required Payment is insufficient to fully amortize my loan as a result of the application of the Annual Payment Cap or principal balance adjustments, I will have the option to make a fully amortizing payment, which is an amount sufficient to pay off my loan in substantially equal payments over its remaining term at its then interest rate. If the Required Payment is not sufficient to pay all of the interest owed for that month, which would result in negative amortization, I also will have the option to make an interest only payment, which will be sufficient to pay the monthly interest and avoid negative amortization, but will not reduce the principal balance. Even if these options are available, I may still elect to make only the Required Payment.

**(I) Effective Date of Interest Rate Changes**
My new interest rate will become effective on each Rate Change Date. I will pay the amount of my new monthly payment beginning on the Payment Change Date or the Reamortization Date, as applicable, until the amount of my monthly payment changes again.

**(J) Notice of Changes**

The Note Holder will deliver or mail to me an annual notice of any changes that have occurred to my adjustable interest rate in the preceding year. The Note Holder will also deliver or mail to me a notice of the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**B.   TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER**

Section 18 of the Security Instrument is amended to read as follows:

Transfer of the Property or a Beneficial Interest in Borrower. As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**BA477R (0504).01**                    Page 4 of 5

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Adjustable Rate Rider.

_____ (Seal)
BRIAN D O'DONNELL                          −Borrower

_____ (Seal)
                                           −Borrower

_____ (Seal)
                                           −Borrower

_____ (Seal)
                                           −Borrower

_____ (Seal)
                                           −Borrower

_____ (Seal)
                                           −Borrower

_____ (Seal)
                                           −Borrower

_____ (Seal)
                                           −Borrower

**BA477R (0504).01**                Page 5 of 5

M77R 06/08/05 2:04 PM 6900091171

# EXHIBIT E

LOAN # 6997911521

# ADJUSTABLE RATE RIDER

### LIBOR Annual Monthly Average (LAMA) of 1-Month LIBOR Index

THIS ADJUSTABLE RATE RIDER is made this    25TH    day of MAY, 2006    , ,and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure Borrower's Adjustable Rate Note (the "Note") to BANK OF AMERICA, N.A.

(the "Lender") of the same date and covering the property described in the Security Instrument and located at:   751 SOUTH ELM, ARROYO GRANDE, CA  93420

(Property Address)

**THE NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN THE INTEREST RATE AND THE MONTHLY PAYMENT. THE NOTE LIMITS THE AMOUNT THE PAYMENT CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE THE BORROWER MUST PAY.**

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A.  INTEREST RATE AND MONTHLY PAYMENT CHANGES**
The Note provides for an initial interest rate of    1.125    %. The Note provides for changes in the interest rate and the monthly payments as follows:

**4.  INTEREST RATE AND MONTHLY PAYMENT CHANGES**
**(A) Interest Rate Change Dates**
The interest rate I will pay may change on the first day of    JULY, 2006 . , and on the first day of every month thereafter. Each date on which my interest rate could change is called a "Rate Change Date."

**MULTISTATE ADJUSTABLE RATE RIDER** – Single Family
Page 1 of 5
**BA477R** (0504).01        VMP Mortgage Solutions, Inc. (800)521-7291

M77R 05/25/06 2:10 PM 6997911521

**(B) The Index**

Beginning with the first Change Date, my adjustable rate will be based on an index. The "Index" is equal to the LIBOR Annual Monthly Average ("LAMA") of the 1-month London Inter-Bank Offered Rate ("LIBOR"), as made available by Fannie Mae on their website, through electronic transmission or by telephone. The most recent LIBOR Annual Monthly Average ("LAMA") figure available as of the date 15 days before each Change Date is called the "Current Index".

If the Index is no longer available, or is no longer posted either through electronic transmission or by telephone, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Rate Change Date, the Note Holder will calculate my new interest rate by adding    TWO AND ONE-QUARTER                                    percentage points (    2.250        · %) to the Current Index. The Note Holder will then round the result of this addition to the   NEXT HIGHEST    one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Rate Change Date.

**(D) Interest Rate Limit**

My interest rate will never be greater than     10.075        %.

**(E) Payment Changes**

My monthly payment may be adjusted on       JULY 01, 2007                    and on the same date each year thereafter. Each date on which my payment could change is called a "Payment Change Date." My monthly payment will not increase or decrease by more than 7.5% from the payment in effect just prior to the change ("Annual Payment Cap"), except as described in Section 4(G) below. Unless limited by the Annual Payment Cap, my new monthly payment will equal the amount necessary to amortize (pay off) my loan in substantially equal installments over its remaining term based on the interest rate that became effective on the Rate Change Date prior to the Payment Change Date.

**(F) Principal Balance Adjustments - Deferred Interest (Negative Amortization)**

If my monthly payment is less than the amount necessary to pay the full amount of interest for that month, the portion of interest that is unpaid will be added to the principal balance of my loan as of the due date for such payment and will accrue interest at the rate in effect from time to time in accordance with this Note.

BA477R (0504).01                    Page 2 of 5

M7R 05/25/06 2:10 PM 6997911521

**(G) Full Reamortization**

The Payment Change Dates occurring immediately following every fifth year (on the due dates for my 61st, 121st, 181st, 241st and 301st payments) are instead called "Reamortization Dates." In addition, if as of a due date for any payment, the principal balance on this loan would increase to an amount that equals or exceeds 115 % of the original principal balance, that due date will also be a "Reamortization Date."

Effective with the payment due on a Reamortization Date, the Note Holder will adjust my monthly payment in the same manner as provided in Section 4(E) above, except that the Note Holder will not apply the Annual Payment Cap. I will continue making payments at the new level until the next Payment Change Date or Reamortization Date.

I understand that changes in the interest rate that occur during the final five years of my loan term may make my monthly payments insufficient to pay off my loan over the remaining term in equal installments unless I elect to make fully amortizing payments during that period, as provided in Section 4(H) below. As agreed in Section 3(A) above, I will pay off all amounts still owing under this Note on or before the Maturity Date even if this requires a substantially higher payment on the Maturity Date than the immediately preceding payment amounts. Lender is under no obligation to refinance the loan at that time. I will, therefore, be required to make payment out of other assets that I may own, or I will have to find a lender, which may be the lender I have this loan with, willing to lend me the money. If I refinance this loan at maturity, I may have to pay some or all of the closing costs normally associated with a new loan even if I obtain refinancing from the same lender.

**(H) Payment Options**

I will have up to three monthly payment options for my loan. I may always make the monthly payment required under Sections 3(B), 4(E) or 4(G), as applicable (the "Required Payment"). If the Required Payment is insufficient to fully amortize my loan as a result of the application of the Annual Payment Cap or principal balance adjustments, I will have the option to make a fully amortizing payment, which is an amount sufficient to pay off my loan in substantially equal payments over its remaining term at its then interest rate. If the Required Payment is not sufficient to pay all of the interest owed for that month, which would result in negative amortization, I also will have the option to make an interest only payment, which will be sufficient to pay the monthly interest and avoid negative amortization, but will not reduce the principal balance. Even if these options are available, I may still elect to make only the Required Payment.

**(I) Effective Date of Interest Rate Changes**

My new interest rate will become effective on each Rate Change Date. I will pay the amount of my new monthly payment beginning on the Payment Change Date or the Reamortization Date, as applicable, until the amount of my monthly payment changes again.

BA477R (0504).01                    Page 3 of 5

**(J) Notice of Changes**

The Note Holder will deliver or mail to me an annual notice of any changes that have occurred to my adjustable interest rate in the preceding year. The Note Holder will also deliver or mail to me a notice of the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**B.    TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER**

Section 18 of the Security Instrument is amended to read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Adjustable Rate Rider.

_____ (Seal)
MICHAEL VAN BELLEGHEM                                    —Borrower

_____ (Seal)
PATRICIA VAN BELLEGHEM                                    —Borrower

_____ (Seal)
                                                        —Borrower

_____ (Seal)
                                                        —Borrower

_____ (Seal)
                                                        —Borrower

_____ (Seal)
                                                        —Borrower

_____ (Seal)
                                                        —Borrower

_____ (Seal)
                                                        —Borrower

**BA477R** (0504).01                 Page 5 of 5

M77R 05/25/06 2:10 PM 6997911521

END OF DOCUMENT