1   MICHAEL J. AGOGLIA (CA SBN 154810)
    magoglia@mofo.com
2   WENDY M. GARBERS (CA SBN 213208)
    wgarbers@mofo.com
3   NANCY R. THOMAS (CA SBN 236185)
    nthomas@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: (415) 268-7000
6   Facsimile: (415) 268-7522

7   Attorneys for Defendants
    BANK OF AMERICA CORPORATION;
8   BANK OF AMERICA, NATIONAL ASSOCIATION

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  BRIAN O'DONNELL, MICHAEL VAN          Case No. C-07-04500 RMW (HRL)
    BELLEGHEM, PATRICIA VAN
15  BELLEGHEM, individually and on behalf of all
    others similarly situated,             **DEFENDANTS' REQUEST FOR**
16                                          **JUDICIAL NOTICE IN SUPPORT OF**
                    Plaintiffs,             **MOTION TO DISMISS PLAINTIFFS'**
17                                          **FIRST AMENDED COMPLAINT**
            v.
18                                          Date:    February 15, 2008
19  BANK OF AMERICA CORPORATION;           Time:    9:00 a.m.
    BANK OF AMERICA, NATIONAL              Crtrm:   6
20  ASSOCIATION a.k.a. BANK OF AMERICA,
    N.A., and DOES 1 through 10 inclusive,  Honorable Ronald M. Whyte
21
                    Defendants.            Complaint filed:    August 30, 2007
22

23

24

25

26

27

28

TO EACH AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on the above-stated date and time, or as soon thereafter as counsel may be heard, pursuant to Federal Rule of Evidence 201, defendants Bank of America Corporation and Bank of America, N.A. ("Bank of America") will request and hereby does request that this Court take judicial notice of the following materials, in support of its Motion to Dismiss Plaintiffs' First Amended Complaint, filed concurrently with this request.

## DOCUMENTS

Pursuant to Federal Rule of Evidence 201, Bank of America respectfully requests that this Court take judicial notice of the following:

1.    Attached hereto as Exhibit A is a true and correct copy of the official certification from the Office of the Comptroller of Currency for the establishment of Bank of America, National Association as the resulting bank following the merger of Bank of American, National Association (formerly NationsBank, National Association) and Bank of America, National Trust and Savings Association, dated July 19, 1999.

2.    Attached hereto as Exhibit B is a true and correct copy of the official certification from the Office of the Comptroller of Currency for the merger of Fleet Bank into and under the charter of Bank of America, National Association, dated June 8, 2005.

3.    Attached hereto as Exhibit C is a true and correct copy of the federal certificate from the Office of the Comptroller of Currency chartering Bank of America, National Association as a national bank.

Dated:  December 21, 2007

MICHAEL J. AGOGLIA
WENDY M. GARBERS
NANCY R. THOMAS
MORRISON & FOERSTER LLP

By:    _____/s/_____
        Michael J. Agoglia

Attorneys for Defendants
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, NATIONAL
ASSOCIATION

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. C-07-04500 RMW (HRL)
sf-2437775

1