

**Comptroller of the Currency**
**Administrator of National Banks**

Bank Organization and Structure, 3-8
250 E Street, S.W.
Washington, DC 20219

July 19, 1999

Mr. Michael W. Briggs
Senior Counsel
Legal Department
Bank of America Corporation
NC1-002-29-01
101 South Tryon Street
Charlotte, North Carolina 28255

Dear Mr. Briggs:

This letter is the official certification of the Office of the Comptroller of the Currency for the merger of Bank of America, National Association (formerly NationsBank, National Association), Charlotte, North Carolina, Charter Nr. 14448, into and under the charter of Bank of America, National Trust and Savings Association, San Francisco, California, Charter Nr. 13044, effective July 23, 1999. The resulting bank has selected Charlotte, North Carolina for its headquarters and adopted the title of Bank of America, National Association.

This letter also serves as the official authorization for the resulting Bank of America, National Association, Charlotte, North Carolina, Charter Nr. 13044, to operate its former San Francisco headquarters as a branch at the following location:

    Popular Name    : San Francisco Main Banking Center
    Certificate Nr. : 114783A
    Address         : 555 California Street
                      San Francisco, California

Branch authorizations previously granted to Bank of America, National Association, Charter Nr. 14448, automatically convey to Bank of America, National Association, Charter Nr. 13044, and will not be reissued. Please furnish a copy of this certificate to personnel responsible for branch administration.

This letter is also the official certification by the Office of the Comptroller of the Currency of the increase in common stock outstanding by Bank of America, National Association, Charter Nr. 13044, from $599,446,340.00 to $3,755,891,840.00, effective as of July 23, 1999.

The authority to exercise fiduciary powers previously granted to Bank of America, N.T. & S.A., Charter Nr. 13044, remains unaffected by this merger.

Bank of America, N.T. & S.A., San Francisco, CA/Bank of America, N.A., Charlotte, NC
Merger Certificate
Page 2 of 2

The OCC also authorizes the resulting bank, since the merger will occur between Call Report dates, to recalculate its legal lending limit. The new lending limit should be calculated by using data from the last Call Report of the individual banks filed prior to consummating the merger, as adjusted for the combination. The resulting bank will then file a new Call Report and begin calculating its legal lending limit according to 12 C.F.R. § 32.4(a) at the end of the quarter following consummation of the merger.

In the event of questions, please contact me at (202) 874-5060.

Sincerely,

Richard T. Erb
Licensing Manager

OCC Control Nr. 98-ML-02-045