

Comptroller of the Currency
Administrator of National Banks

Large Bank Licensing, LIC #7-13
Washington, DC 20219

June 8, 2005

OCC Control Nr. 2004-ML-02-0004

Mr. Phillip A. Wertz
Assistant General Counsel
Legal Department NC1-002-29-01
Bank of America Corporation
101 South Tryon Street
Charlotte, North Carolina 28255

Dear Mr. Wertz:

This letter is the official certification of the Office of the Comptroller of the Currency for the merger of Fleet National Bank, Providence, Rhode Island, Charter Number 200, into and under the charter and title of Bank of America, National Association, Charlotte, North Carolina, Charter Number 13044, effective June 13, 2005.

This letter also serves as the official certification by the Office of the Comptroller of the Currency of an increase in common stock outstanding by Bank of America, National Association, Charter Number 13044, from $2,834,185,500.00 to $2,836,394,920.00, effective as of June 13, 2005.

The OCC also authorizes the resulting bank, should the merger occur between Call Report dates, to recalculate its legal lending limit. The new lending limit should be calculated by using data from the last Call Report of the individual banks filed prior to consummating the merger, as adjusted for the combination. The resulting bank will then file a new Call Report and begin calculating its legal lending limit according to 12 C.F.R. 32.4(a) at the end of the quarter following consummation of the merger.

Sincerely,

Lawrence E. Beard
Deputy Comptroller
Licensing