

**Comptroller of the Currency**
**Administrator of National Banks**

Washington, DC  20219

## CERTIFICATE

I, John C. Dugan, Comptroller of the Currency, do hereby certify that the attached document is a true and complete copy on file in this Office of the Charter Certificate issued March 1, 1927, Chartering "Bank of Italy National Trust and Savings Association," San Francisco, California, (Charter No. 13044), now known as "Bank America, National Association," Charlotte, North Carolina, (Charter No. 13044).

        IN TESTIMONY WHEREOF, I have hereunto subscribed my name and caused the seal of Office of the Comptroller of The Currency to be affixed to these presents at the Treasury Department, in the City of Washington and District of Columbia, this 19th day of September, 2005.



Comptroller of the Currency

ORGANIZATION DIVISION
FORM 1000

No. 13044

# Treasury Department

OFFICE OF COMPTROLLER OF THE CURRENCY

Washington, D. C. *March 1* 1927

**Whereas,** by satisfactory evidence presented to the undersigned, it has been made to appear that "*Bank of Italy National Trust and Savings Association*" in the *City* of *San Francisco* in the County of *San Francisco* and State of *California* has complied with all the provisions of the Statutes of the United States, required to be complied with before an association shall be authorized to commence the business of Banking;

**Now, therefore, I,** *J. W. McIntosh,* Comptroller of the Currency, do hereby certify that "*Bank of Italy National Trust and Savings Association*" in the *City* of *San Francisco* in the County of *San Francisco* and State of *California* is authorized to commence the business of Banking as provided in Section Fifty-one hundred and sixty-nine of the Revised Statutes of the United States. *Conversion of Bank of Italy, San Francisco, California, with Nine Hundred and Twenty-eight Branches all located within the State of California*

**In testimony whereof,** witness my hand and seal of office this *First* day of *March* 1927

*J. W. McIntosh*
Comptroller of the Currency.