| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
| | magoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
| | wgarbers@mofo.com |
| 3 | NANCY R. THOMAS (CA SBN 236185) |
| | nthomas@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |

Attorneys for Defendants
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive, <br><br>  Defendants. | Case No. C-07-04500 RMW <br><br> **BANK OF AMERICA CORPORATION'S FRCP RULE 7.1 AND LOCAL RULE 3-16 STATEMENT** |

1   Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bank of America Corporation hereby discloses that it has no parent corporation, and that there is no publicly-held corporation that owns ten percent or more of its stock.  Bank of America Corporation is publicly traded on the New York Stock Exchange.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 21, 2007

        MICHAEL J. AGOGLIA
        WENDY M. GARBERS
        NANCY R. THOMAS
        MORRISON & FOERSTER LLP

        By:   /s/
           Michael J. Agoglia

        Attorneys for Defendants
        BANK OF AMERICA
        CORPORATION; BANK OF
        AMERICA, NATIONAL
        ASSOCIATION