1 | MICHAEL J. AGOGLIA (CA SBN 154810)
magoglia@mofo.com
2 | WENDY M. GARBERS (CA SBN 213208)
wgarbers@mofo.com
3 | NANCY R. THOMAS (CA SBN 236185)
nthomas@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
6 | Facsimile: (415) 268-7522

7 | Attorneys for Defendants
BANK OF AMERICA CORPORATION;
8 | BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | Case No. C-07-04500 RMW<br><br>**BANK OF AMERICA, NATIONAL ASSOCIATION'S FRCP RULE 7.1 AND LOCAL RULE 3-16 STATEMENT** |

BANK OF AMERICA, N.A. DISCLOSURE OF INTERESTED ENTITIES OR PERSONS
CASE NO. C-07-04500 RMW
sf-2438068

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bank of America, National Association ("Bank of America, N.A.") hereby discloses that it is a wholly-owned subsidiary of NB Holdings Corporation, which is wholly-owned by Bank of America Corporation. Bank of America Corporation is publicly traded on the New York Stock Exchange. Bank of America, N.A. states that there is no other publicly-held corporation that owns ten percent or more of its stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 21, 2007

> MICHAEL J. AGOGLIA
> WENDY M. GARBERS
> NANCY R. THOMAS
> MORRISON & FOERSTER LLP
>
> By:  /s/
>     Michael J. Agoglia
>
> Attorneys for Defendants
> BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION