| | |
|---|---|
| David M. Arbogast (SBN 167571)<br>David@SpiroMoss.com<br>Ira Spiro (SBN 67641)<br>Ira@SpiroMoss.com<br>**SPIRO MOSS BARNESS LLP**<br>11377 W. Olympic Boulevard, Fifth Floor<br>Los Angeles, CA 90064-1683<br>Phone: (310) 235-2468<br>Fax: (310) 235-2456<br><br>Paul R. Kiesel, Esq. (SBN 119854)<br>kiesel@kbla.com<br>Patrick DeBlase, Esq. (SBN 167138)<br>deblase@kbla.com<br>Michael C. Eyerly, Esq. (SBN 178693)<br>eyerly@kbla.com<br>**KIESEL BOUCHER LARSON LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211<br>Phone: (310) 854-4444<br>Fax: (310) 854-0812 | Jeffrey K. Berns, Esq. (SBN 131351)<br>jberns@jeffbernslaw.com<br>**LAW OFFICES OF JEFFREY K. BERNS**<br>19510 Ventura Boulevard, Suite 200<br>Tarzana, California 91356<br>Phone: (818) 961-2000<br>Fax: (818) 867-4820<br><br>Jonathan Shub (SBN 237708)<br>jshub@seegerweiss.com<br>**SEEGER WEISS LLP**<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19107<br>Phone: (215) 564-2300<br>Fax (215) 851-8029 |

Attorneys for Plaintiffs and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION A.K.A. BANK OF AMERICA, N.A., AND DOES 1 THROUGH 10 INCLUSIVE,<br>　　　　　Defendants. | **CASE NO. C-07-04500 RMW**<br><br>Judge: Hon. Ronald M. Whyte<br>Ctrm: 6<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF JONATHAN SHUB AS ATTORNEY FOR BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, AND ALL OTHERS SIMILARLY SITUATED |

1   PLEASE TAKE NOTICE that attorney Jonathan Shub, hereby appears
2 for and on behalf of Brian O'Donnell, Michael Van Belleghem, Patricia Van
3 Belleghem, and all others similarly situated (collectively, "Plaintiffs"), in the
4 captioned matter. Plaintiffs continue to be represented by their previously entered
5 counsel of record.

Respectfully Submitted,

_____
Jonathan Shub

Dated: January 4, 2008

## CERTIFICATE OF SERVICE

STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My name is Andro Torres and my business address is Seeger Weiss LLP, 1515 Market Street, Suite 1380, Philadelphia, Pennsylvania 19102.

3. I served copies of the following documents (specify the exact title of each document served): **NOTICE OF APPEARANCE OF JONATHAN SHUB AS ATTORNEY FOR BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, AND ALL OTHERS SIMILARLY SITUATED**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

**David M. Arbogast**
Spiro Moss Barness LLP
5th Floor
11377 West Olympic Boulevard
Los Angeles, CA 90064
310-235-2468
310-235-2456 (fax)
david@spiromoss.com

**Patrick DeBlase**
Kiesel, Boucher & Larson LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
310-854-4444
310-854-0812 (fax)
deblase@kbla.com

**Michael C Eyerly**
Kiesel Boucher & Larson
8648 Wilshire Blvd
Beverly Hills, CA 90211-2910
eyerly@kbla.com

**Wendy M. Garbers**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6664; wgarbers@mofo.com

**Paul R. Kiesel**
Kiesel, Boucher & Larson
8648 Wilshire Boulevard
Beverly Hils, CA 90211
310-854-4444
310-854-0812 (fax)
Kiesel@kbla.com

**Ira Spiro**
Spiro Moss Barness LLP
11377 W. Olympic Blvd
Fifth Floor
Los Angeles, CA 90064-1683
310-235-2468
310-235-2456 (fax)
Ira@SpiroMoss.com

**Cathleen Ellis Stadecker**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
415-268-7522 (fax)
cstadecker@mofo.com

5. [X] BY ELECTRONIC TRANSMISSION: On the date set forth below I transmitted the document(s) listed above to the above email address(es) before 5:00 p.m.

6. [X] BY 1ST CLASS MAIL: On the date set forth below, I deposited such envelopes, in a mailbox regularly maintained by the U.S. Postal Service in Philadelphia County, Pennsylvania. The envelopes were deposited with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Philadelphia County, Pennsylvania, on January 4, 2008.

_____
Andro Torres