1   MICHAEL J. AGOGLIA (CA SBN 154810)
    magoglia@mofo.com
2   WENDY M. GARBERS (CA SBN 213208)
    wgarbers@mofo.com
3   NANCY R. THOMAS (CA SBN 236185)
    nthomas@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: (415) 268-7000
6   Facsimile: (415) 268-7522

7   Attorneys for Defendants
    BANK OF AMERICA CORPORATION;
8   BANK OF AMERICA, NATIONAL ASSOCIATION

9

10                    UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12  BRIAN O'DONNELL, MICHAEL VAN    )    **CASE NO. C-07-04500 RMW**
    BELLEGHEM, PATRICA VAN          )
13  BELLEGHEM, Individually and on   )    Judge: Hon. Ronald M. Whyte
    Behalf of all others similarly situated,  )    Ctrm:  6
14                                  )
                      Plaintiffs,   )    **STIPULATION AND [PROPOSED]**
15                                  )    **ORDER DISMISSING DEFENDANT**
    BANK OF AMERICA CORPORATION;    )    **BANK OF AMERICA CORPORATION**
16  BANK OF AMERICA, NATIONAL       )
    ASSOCIATION a.k.a. BANK OF      )
17  AMERICA, N.A., and DOES 1 through 10  )
    Inclusive,                      )
18                                  )
                      Defendants.   )
19                                  )    Complaint Filed:  August 29, 2007
                                    )    Trial Date:  Not set yet
20

21        Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN

22  BELLEGHEM (hereinafter "Plaintiffs") and Defendants, BANK OF AMERICA

23  CORPORATION, and BANK OF AMERICA, N.A., hereby stipulate and agree pursuant to

24  Northern District of California Civil Local Rule 6(a), as follows:

25        1.      Bank of America Corporation is the ultimate parent corporation of Bank of

26  America, National Association, and was not the lender of any of the Option ARM Loans, nor is a

27

28  subsequent purchaser, assignee or owner of the loans that are the subject of this complaint.

    sf-2443429

1       2.     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal,

2   without prejudice, of Plaintiffs' claims against defendant Bank of America Corporation and the

3   dismissal, without prejudice, of Bank of America Corporation as a defendant in this action.

4       3.     The parties agree that Bank of America, National Association, will be the sole

5   remaining named defendant.

6

7       IT IS SO STIPULATED.

8

9   DATED: January 23, 2008          SEEGER WEISS LLP

10

11                                   By:   /s/ Jonathan Shub\_\_\_

12                                         Jonathan Shub
                                       JShub@seegerweiss.com

13                                         on behalf of Plaintiffs

14  DATED: January 23, 2008          MORRISON & FOERSTER LLP

15

16                                   By:   /s/ Michael J. Agoglia_____
                                       Michael J. Agoglia

17                                         MAgoglia@mofo.com
                                       on behalf of Defendants

18

19                            **ECF CERTIFICATION**

20      Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained

21  concurrence regarding the filing of this document from each of the signatories to the document.

22  Dated:  January 23, 2008         By:  /s/ Michael J. Agoglia_____
                                         Michael J. Agoglia

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2       Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY

3  ORDERED that:

4           1.       Defendant Bank of America Corporation is dismissed without prejudice.

5           2.       Bank of America, National Association is the sole remaining named defendant.

6

7           IT IS SO ORDERED

8

9  Dated: January __, 2008                          _____

10                                                            Hon. Ronald M. Whyte
                                                              United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

sf-2443429