MICHAEL J. AGOGLIA (CA SBN 154810)
magoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
wgarbers@mofo.com
NANCY R. THOMAS (CA SBN 236185)
nthomas@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, NATIONAL ASSOCIATION

*E-FILED - 1/25/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICA VAN BELLEGHEM, Individually and on Behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 Inclusive,<br><br>Defendants. | **CASE NO. C-07-04500 RMW**<br><br>Judge: Hon. Ronald M. Whyte<br>Ctrm: 6<br><br>**STIPULATION AND []**<br>**ORDER DISMISSING DEFENDANT**<br>**BANK OF AMERICA CORPORATION**<br><br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM (hereinafter "Plaintiffs") and Defendants, BANK OF AMERICA CORPORATION, and BANK OF AMERICA, N.A., hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

1. Bank of America Corporation is the ultimate parent corporation of Bank of America, National Association, and was not the lender of any of the Option ARM Loans, nor is a subsequent purchaser, assignee or owner of the loans that are the subject of this complaint.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal, without prejudice, of Plaintiffs' claims against defendant Bank of America Corporation and the dismissal, without prejudice, of Bank of America Corporation as a defendant in this action.

3. The parties agree that Bank of America, National Association, will be the sole remaining named defendant.

IT IS SO STIPULATED.

DATED: January 23, 2008        SEEGER WEISS LLP

By:   /s/ Jonathan Shub
      Jonathan Shub
      JShub@seegerweiss.com
      on behalf of Plaintiffs

DATED: January 23, 2008        MORRISON & FOERSTER LLP

By:   /s/ Michael J. Agoglia
      Michael J. Agoglia
      MAgoglia@mofo.com
      on behalf of Defendants

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated:  January 23, 2008        By:  /s/ Michael J. Agoglia
                                     Michael J. Agoglia

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY |
| 3 | ORDERED that: |
| 4 | 1.    Defendant Bank of America Corporation is dismissed without prejudice. |
| 5 | 2.    Bank of America, National Association is the sole remaining named defendant. |
| 6 | |
| 7 | IT IS SO ORDERED |
| 8 | |
| 9 | Dated: January 25, 2008         *Ronald M. Whyte* |
| 10 |                                                       Hon. Ronald M. Whyte
United States District Court Judge |