*E-FILED - 1/25/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants.. | **CASE NO. C-07-04500 RMW**<br><br>Judge: Hon. Ronald M. Whyte<br>Ctrm:  6<br><br>**STIPULATION AND [] ORDER CONTINUING HEARING ON DEFENDANTS MOTION TO DISMISS**<br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

Stipulation and [] Order - C-O7-4500 RMW

1   WHEREFORE, Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM (hereinafter "Plaintiffs") filed their First Amended Complaint on October 11, 2007.

WHEREFORE, Defendants, BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A. (hereinafter "Defendants"), filed their Motion to Dismiss Complaint on December 21, 2007.

WHEREFORE, Plaintiffs have reviewed Defendants motion and believe they can cure any alleged defects in their Complaint by filing an amended pleading.

WHEREFORE, on January 21, 2008, Plaintiffs provided Defendants with a copy of their proposed Second Amended Complaint.

WHEREFORE, in order to allow Defendants time to review Plaintiffs proposed Second Amended Complaint, Plaintiffs request that the hearing on Defendants motion to dismiss, currently set to be heard on February 15, 2008, be continued to February 29, 2008.

Respectfully Submitted,

DATED: January 22, 2008            SPIRO MOSS BARNESS LLP


                                   By:    /s/
                                         David M. Arbogast
                                         on behalf of Plaintiffs

DATED: January 22, 2008            MORRISON & FOERSTER LLP


                                   By:    /s/
                                         Michael J. Agoglia
                                         on behalf of Defendants

/ / /

/ / /

/ / /

-2-

Stipulation and [] Order - C-O7-4500 RMW

**[] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

    1.    The hearing on Defendants' Motion to Dismiss Complaint set for February 11, 2008 is continued to February 29, 2008.

IT IS SO ORDERED

Dated: January 25, 2008

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge