1  MICHAEL J. AGOGLIA (CA SBN 154810)
   magoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   wgarbers@mofo.com
3  NANCY R. THOMAS (CA SBN 236185)
   nthomas@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>          Defendants. | Case No. C-07-04500 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT** |

1     WHEREFORE, Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM (hereinafter "Plaintiffs") filed their First Amended Complaint on October 11, 2007.

    WHEREFORE, BANK OF AMERICA CORPORATION and BANK OF AMERICA, NATIONAL ASSOCIATION filed a Motion to Dismiss Plaintiffs' First Amended Complaint on December 21, 2007.

    WHEREFORE, pursuant to the parties' stipulation, the claims against BANK OF AMERICA CORPORATION were dismissed, without prejudice, on January 25, 2008, leaving BANK OF AMERICA, NATIONAL ASSOCIATION (hereinafter "Defendant") as the sole remaining defendant.

    WHEREFORE, Plaintiffs have reviewed the motion to dismiss and believe they can cure any alleged defects in their Complaint by filing an amended pleading.

    WHEREFORE, subject to the Court's approval, Plaintiffs and Defendant have agreed to allow Plaintiffs leave to file their Second Amended Complaint, a copy of which is attached hereto as Exhibit A.

    WHEREFORE, Defendant intends to file a motion to dismiss the Second Amended Complaint.

    WHEREFORE, the parties agree that both the Court's and their resources would be conserved if certain previously set case management deadlines were modified.

    NOW, THEREFORE, the parties, through their respective attorneys, hereby stipulate as follows:

    1.   Defendant's motion to dismiss the Second Amended Complaint shall be due on March 7, 2008.  Plaintiffs' opposition brief shall be due on March 28, 2008.  Defendant's reply brief shall be due on April 11, 2008.  Hearing on the motion to dismiss shall be set for April 25, 2008, at 9:00 a.m., or such time thereafter as is convenient for the Court.

    2.   The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through April 18, 2008.

3. The last date for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through April 18, 2008.

4. The last date for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be extended through May 2, 2008.

5. The Initial Case Management Conference ("ICMC") shall be continued to May 9, 2008, at 10:30 a.m, or such date thereafter as may be convenient for the Court.

Respectfully Submitted,

DATED: February 14, 2008        SEEGER WEISS LLP


                                By:    /s/ Jonathan Shub
                                       Jonathan Shub
                                       JShub@seegerweiss.com
                                       on behalf of Plaintiffs

DATED: February 14, 2008        MORRISON & FOERSTER LLP


                                By:    /s/ Michael J. Agoglia
                                       Michael J. Agoglia
                                       magoglia@mofo.com
                                       on behalf of Defendant

ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: February 14, 2008        By:    /s/ Michael J. Agoglia
                                       Michael J. Agoglia

1  **[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to file their Second Amended Complaint.

2. The hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, set for February 15, 2008, is vacated.

3. Defendant's motion to dismiss the Second Amended Complaint shall be due on March 7, 2008. Plaintiffs' opposition brief shall be due on March 28, 2008. Defendant's reply brief shall be due on April 11, 2008. Hearing on the motion to dismiss shall be set for April 25, 2008, at 9:00 a.m.

4. The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through April 18, 2008.

5. The last date for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through April 18, 2008.

6. The last date for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be extended through May 2, 2008.

7. The ICMC shall be continued to May 9, 2008, at 10:30 a.m.

IT IS SO ORDERED

Dated: _____                    _____
                                            Hon. Ronald M. Whyte
                                            United States District Court Judge