1  Jonathan Shub (SBN 237708)
   jshub@seegerweiss.com
2  **SEEGER WEISS LLP**
   1515 Market Street, Suite 1380
3  Philadelphia, PA 19107
   Phone: (215) 564-2300; Fax (215) 851-8029
4
5  Paul R. Kiesel, Esq. (SBN 119854)          David M. Arbogast (SBN 167571)
   kiesel@kbla.com                             David@SpiroMoss.com
   Patrick DeBlase, Esq. (SBN 167138)          Ira Spiro (SBN 67641)
6  deblase@kbla.com                            Ira@SpiroMoss.com
   Michael C. Eyerly, Esq. (SBN 178693)        **SPIRO MOSS BARNESS LLP**
7  eyerly@kbla.com                             11377 W. Olympic Boulevard, Fifth Floor
   **KIESEL BOUCHER LARSON LLP**               Los Angeles, CA 90064-1683
8  8648 Wilshire Boulevard                     Phone: (310) 235-2468; Fax: (310) 235-2456
   Beverly Hills, California 90211
9  Phone: (310) 854-4444                       Jeffrey K. Berns, Esq. (SBN 131351)
   Fax: (310) 854-0812                         jberns@jeffbernslaw.com
10                                             **LAW OFFICES OF JEFFREY K. BERNS**
                                               19510 Ventura Boulevard, Suite 200
11                                             Tarzana, California 91356
                                               Phone: (818) 961-2000; Fax: (818) 867-4820
12  Attorneys for Plaintiffs and all others Similarly Situated

13            **UNITED STATES DISTRICT COURT**

14       **NORTHER DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

15
16  BRIAN O'DONNELL, MICHAEL VAN         )  **CASE NO. C-07-04500 RMW**
    BELLEGHEM, and PATRICIA VAN          )
    BELLEGHEM, individually, and on behalf )
17  of all others similarly situated,    )
                                          )
18                  Plaintiffs,           )
                                          )  **NOTICE OF RELATED CASE**
19          v.                            )
                                          )
20                                        )
    BANK OF AMERICA, NATIONAL             )
21  ASSOCIATION a.k.a. BANK OF            )
    AMERICA, N.A., and DOES 1 through 10  )
22  inclusive,                            )
                                          )
23                  Defendants.           )
                                          )  Complaint Filed: August 29, 2007
24                                        )  Trial Date: Not set yet
                                          )
25

NOTICE OF RELATED CASE - C-07-04500 RMW

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Pursuant to United States District Court for the Norhthern District, Local Rule 3-12, Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, on behalf of themselves and others similarly situated, (collectively "Plaintiffs") by their counsel, hereby state that this action is related to: *Dolores Mandrigues et al v. World Savings, Inc. et al.*, **USDC Case No. C-07-04497- JF**, which Plaintiff filed on August 29, 2007, is the first filed of these related cases and was assigned to the Honorable Jeremy Fogel. Also, this action is related to *Eneida Amparan, et al v. Plaza Home Mortgage, et al*, **USDC Case No C-07-04498 - JF**, which has also been assigned to the Honorable Jeremy Fogel.

In this action, as well as the aforementioned cases, Plaintiffs seek to enforce their and the putative class members rights under the Truth in Lending Act, 15 U.S.C. § 1601 et seq., and under tort and contract in connection with Option Adjustable Rate Mortgages sold by the defendants. The legal and factual issues in both actions are virtually identical, as the events on which Plaintiffs' claims are based in the actions are virtually identical and the legal claims asserted in both actions are virtually identical. Indeed, the acts and omissions alleged in both actions to violate the Truth in Lending Act are essentially the same.

Accordingly, the two cases call for determination of the same or substantially identical questions of law and fact and thus, "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Local Rule 3-12 (a)(2).

Local Rule 3-12 (c) provides, in relevant part: "[w]henever a Judge believes that a case pending before that Judge is related to another case, **the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related**."

DATED: March 3, 2008                    **SPIRO MOSS BARNESS LLP**

By: _____/s/_____
David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Jonathan Shub, Esq.
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax (215) 851-8029

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444
Fax: (310) 854-0812

Jeffrey K. Berns, Esq.
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

Attorneys for Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, and all others Similarly Situated

NOTICE OF RELATED CASE - C-07-04500 RMW