MICHAEL J. AGOGLIA (CA SBN 154810)
magoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
wgarbers@mofo.com
NANCY R. THOMAS (CA SBN 236185)
nthomas@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04500 RMW (HRL)<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFFS' NOTICE OF RELATED CASE**<br><br>Date:   Not Applicable<br>Time:   Not Applicable<br>Crtrm:   6<br><br>Honorable Ronald M. Whyte<br><br>Complaint filed:   August 30, 2007 |

1    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2    Pursuant to Local Rule 3-12, defendant Bank of America, National Association ("Bank of
3    America") submits this opposition to Plaintiffs' Notice of Related Case ("Notice"), filed on
4    March 3, 2008.

5    The instant action ("*O'Donnell*") concerns Bank of America's disclosures regarding one
6    of its home-loan products, known as a payment option adjustable-rate mortgage ("Option ARM").
7    *O'Donnell* was filed on August 30, 2007 (No. 07-4500), and assigned to the Honorable Ronald
8    M. Whyte. Plaintiffs seek to have *O'Donnell* related to two actions pending before the Honorable
9    Jeremy Fogel: *Mandrigues v. World Savings, Inc.* (No. 07-4497) and *Amparan v. Plaza Home
10   Mortgage, Inc.* (No. 07-4498). Both *Mandrigues* and *Amparan* were filed on August 30, 2007,
11   the same day *O'Donnell* was filed.[1] (*See* Defendant's Request for Judicial Notice in Support of
12   Opposition to Plaintiffs' Notice of Related Case ("RJN"), Exs. A, B, and C at 1.) Bank of
13   America opposes referral of this action for relation to *Mandrigues* and *Amparan* for two
14   independent reasons.

15   First, Bank of America does not believe the requirements of Local Rule 3-12(a) are
16   satisfied: the cases involve completely different plaintiffs, completely different defendants,
17   different disclosures and loan documents, different facts, different time periods, and likely
18   different questions of law. Accordingly, "if the cases are conducted before different Judges," it
19   does not appear "likely that there will be an unduly burdensome duplication of labor and expense
20   or conflicting results." Civil L.R. 3-12(a).

21   Second, and more troubling, it appears that plaintiffs are using the related-case provisions
22   in a thinly veiled attempt to judge-shop. *Mandrigues*, *Amparan*, and *O'Donnell* were all
23   commenced by the same group of plaintiff's lawyers on August 30, 2007. (*See* RJN Ex. A at 1-2,
24   Ex. B at 1-2, Ex. C at 1-3.) Notwithstanding the fact that Civil Local Rule 3-12(b) requires
25   administrative motions on related cases to be filed "promptly," neither plaintiffs nor their counsel

26   ---
27   [1] Plaintiffs incorrectly state that *Mandrigues* was filed on "August 29, 2007." (Notice at 2.)
28

1
DEFENDANT'S OPPOSITION TO PLAINTIFFS' NOTICE OF RELATED CASE
CASE NO. C-07-04500 RMW (HRL)
sf-2477466

1  filed such a motion in *Mandrigues*. Instead, they filed this notice of related case over six months
2  later.[2] Tellingly, plaintiff's counsel only decided to file the notice after a hearing on a motion to
3  dismiss on February 29, 2008, in front of Judge Fogel in the *Mandrigues* action. (*See* RJN Ex. A
4  at 7.) Plaintiffs and their lawyers apparently liked what they heard. The very next court day, the
5  plaintiffs filed this notice of related case, requesting "*sua sponte*" referral, instead of filing an
6  administrative motion in *Mandrigues* to consider whether cases should be related. (*See* RJN
7  Ex. A & Ex. C at 7.) While Bank of America appreciates the Court's need to achieve pre-trial
8  efficiency where appropriate, the Court should not condone plaintiffs' attempt to pick and choose
9  their judge.

10  Bank of America respectfully requests that the Court deny plaintiffs' attempt to relate
11  *O'Donnell* to *Mandrigues* and *Amparan*. The instant action should not be referred for relation.

Dated: March 6, 2008

MICHAEL J. AGOGLIA
WENDY M. GARBERS
NANCY R. THOMAS
MORRISON & FOERSTER LLP

By:   /s/Michael J. Agoglia
      Michael J. Agoglia

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

I, Wendy M. Garbers, am the ECF User whose ID and password are being used to file this Defendant's Opposition To Plaintiffs' Notice Of Related Case. In compliance with General Order 45, X.B., I hereby attest that Michael J. Agoglia has concurred in this filing.

Dated: March 6, 2008

By: /s/ Wendy M. Garbers
    Wendy M. Garbers

---

[2] In the interim, Bank of America filed a motion to dismiss, to which plaintiffs responded by filing a Second Amended Complaint. (*See* RJN Ex. C at 5, 7.)