MICHAEL J. AGOGLIA (CA SBN 154810)
magoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
wgarbers@mofo.com
NANCY R. THOMAS (CA SBN 236185)
nthomas@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04500 RMW (HRL)<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' NOTICE OF RELATED CASE**<br><br>Date:  Not Applicable<br>Time:  Not Applicable<br>Crtrm:  6<br><br>Honorable Ronald M. Whyte<br><br>Complaint filed:  August 30, 2007 |

1  TO EACH AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, defendant Bank
3  of America, National Association ("Bank of America") will request and hereby does request that
4  this Court take judicial notice of the following materials, in support of Defendant's Opposition to
5  Plaintiffs' Notice of Related Case, filed concurrently with this request.

6  Rule 201 provides that "[a] judicially noticed fact must be one not subject to reasonable
7  dispute in that it is . . . capable of accurate and ready determination by resort to sources whose
8  accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "A court shall take judicial
9  notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).
10 "Judicial notice may be taken at any stage of the proceeding." Fed. R. Evid. 201(f). Judicial
11 notice of docket sheets is appropriate. *San Luis & Delta-Mendota Water Auth. v. Badgley*,
12 136 F. Supp. 2d 1136, 1146 (E.D. Cal. 2000) (citing *United States v. Jones*, 29 F.3d 1549, 1553
13 (11th Cir. 1994)).

14  **DOCUMENTS**

15  Pursuant to Rule 201, Bank of America respectfully requests that this Court take judicial
16  notice of the following:

17  1.  Attached as Exhibit A is a true and correct copy of the official docket from
18  *Mandrigues v. World Savings, Inc.*, No. 07-4497 (N.D. Cal.). https://ecf.cand.uscourts.gov/cgi-
19  bin/DktRpt.pl?627059632138678-L_195_0-1 (last visited Mar. 6, 2008).

20  2.  Attached as Exhibit B is a true and correct copy of the official docket from
21  *Amparan v. Plaza Home Mortgage Inc.*, No. 07-4498 (N.D. Cal.).
22  https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?379960813727899-L_195_0-1 (last visited
23  Mar. 6, 2008).

24
25
26
27
28

1    3.    Attached as Exhibit C is a true and correct copy of the official docket from

2  *O'Donnell v. Bank of America, National Association*, No. 07-4500 (N.D. Cal.).

3  https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?544571973943737-L_195_0-1 (last visited

4  Mar. 6, 2008).

5  Dated: March 6, 2008                    MICHAEL J. AGOGLIA
                                            WENDY M. GARBERS
6                                           NANCY R. THOMAS
                                            MORRISON & FOERSTER LLP
7

8                                           By:    /s/ Michael J. Agoglia
                                                   Michael J. Agoglia
9
                                            Attorneys for Defendant
10                                          BANK OF AMERICA, NATIONAL
                                            ASSOCIATION
11

12    I, Wendy M. Garbers, am the ECF User whose ID and password are being used to file this

13  Defendant's Request For Judicial Notice In Support Of Opposition To Plaintiffs' Notice Of

14  Related Case. In compliance with General Order 45, X.B., I hereby attest that Michael J. Agoglia

15  has concurred in this filing.

16  Dated: March 6, 2008

17

18                                          By: /s/ Wendy M. Garbers
                                                 Wendy M. Garbers

2
REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO PLAINTIFFS' NOTICE OF RELATED CASE
CASE NO. C-07-04500 RMW (HRL)
sf-2478625