# Exhibit A

ADRMOP, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:07-cv-04497-JF

Mandrigues et al-v-World Savings, Inc. et al
Assigned to: Hon. Jeremy Fogel
Referred to: Magistrate Judge Richard Seeborg
Relate Case Case: 5:07-cv-04498-JF
Cause: 15:1601 Truth in Lending

Date Filed: 08/30/2007
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Dolores Mandrigues**
*individually, and on behalf of all others similarly situated*

represented by **David M. Arbogast**
Spiro Moss Barness LLP
5th Floor
11377 West Olympic Boulevard
Los Angeles, CA 90064
310-235-2468
Fax: 310-235-2456
Email: david@spiromoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ira Spiro**
Spiro Moss Barness LLP
11377 W. Olympic Blvd
Fifth Floor
Los Angeles, CA 90064-1683
310-235-2468
Fax: 310-235-2456
Email: Ira@SpiroMoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Keith Berns**
Law Office of Jeffrey Berns
19510 Ventura Blvd
Suite 200
Tarzana, CA 91356
818-961-2000
Fax: 310-861-1775
Email: jberns@jeffbernslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
215-564-2300
Fax: 215-851-8029
Email: jshub@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C Eyerly**
Kiesel Boucher & Larson
8648 Wilshire Blvd
Beverly Hills, CA 90211-2910
Email: eyerly@kbla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick DeBlase**
Kiesel,Boucher & Larson LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
310-854-4444
Fax: 310-854-0812
Email: deblase@kbla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Kiesel**
Kiesel, Boucher & Larson
8648 Wilshire Boulevard
Beverly Hils, CA 90211
310-854-4444
Fax: 310-854-0812
Email: Kiesel@kbla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Mark Moore**
Spiro Moss Barness LLP
11377 West Olympic Boulevard, 5th Floor

Los Angeles, CA 90064
310-235-2468
Fax: 310-235-2456
Email: mark@spiromoss.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **World Savings, Inc.** | represented by | **Jack R. Nelson**<br>Reed Smith LLP<br>Two Embarcadero Center, Suite 2000<br>P.O. Box 7936<br>San Francisco, CA 94120-7936<br>(415) 543-8700<br>Fax: (415) 391-8269<br>Email: jnelson@reedsmith.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Keith David Yandell**<br>REED SMITH LLP<br>1999 Harrison Street<br>Suite 2400<br>Oakland, CA 94612<br>510.466.6820<br>Fax: 510.273.8832<br>Email: kyandell@reedsmith.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **World Savings Bank** | represented by | **Keith David Yandell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jack R. Nelson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **FSB** | represented by | **Jack R. Nelson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Wachovia Mortgage Corporation** | represented by | **Keith David Yandell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jack R. Nelson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 08/30/2007 | [1](#) | CLASS ACTION COMPLAINT (Summons Issued); jury demand; against all defendants (Filing fee $ 350, receipt number 54611001628). Filed by Delores Mandrigues. (bw, COURT STAFF) (Filed on 8/30/2007) Additional attachment(s) added on 8/31/2007 (bw, COURT STAFF). (Entered: 08/30/2007) |
| 08/30/2007 | [2](#) | Certification of Interested Entities or Persons by Delores Mandrigues (bw, COURT STAFF) (Filed on 8/30/2007) Additional attachment(s) added on 8/31/2007 (bw, COURT STAFF). (Entered: 08/30/2007) |
| 08/30/2007 | [3](#) | ADR SCHEDULING ORDER: Case Management Statement due by 12/5/2007. Case Management Conference set for 12/12/2007 02:30 PM. (bw, COURT STAFF) (Filed on 8/30/2007) Additional attachment(s) added on 8/30/2007 (bw, COURT STAFF). (Entered: 08/30/2007) |
| 08/30/2007 | | Summons Issued as to FSB, Wachovia Mortgage Corporation, World Savings, Inc., World Savings Bank. (bw, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/30/2007) |
| 08/30/2007 | | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/31/2007) |
| 08/31/2007 | [4](#) | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer On August 27, 2007, counsel for Defendant Radioshack Corporation filed a Notice of Removal manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program shall be presumptively designated as e-filing cases. Therefore, counsel for defendant should submit the document, in PDF format within 10 days, as an attachment in an e-mail message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (bw, COURT STAFF) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 10/11/2007 | [5](#) | AMENDED COMPLAINT against all defendants. Filed by Delores Mandrigues. (Arbogast, David) (Filed on 10/11/2007) Modified on 10/12/2007 (bw, COURT STAFF). (Entered: 10/11/2007) |
| 10/25/2007 | [6](#) | First Declination to Proceed Before a U.S. Magistrate Judge by FSB, Wachovia Mortgage Corporation, World Savings, Inc., World Savings Bank - *and Request for Reassignment to a United States District Judge*. (Nelson, Jack) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/25/2007 | [7](#) | Certificate of Interested Entities by FSB, Wachovia Mortgage Corporation, World Savings, Inc., World Savings Bank (Nelson, Jack) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/26/2007 | [8](#) | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (mpb, COURT STAFF) (Filed on 10/26/2007) (Entered: 10/26/2007) |
| 10/26/2007 | [9](#) | ORDER REASSIGNING CASE. Case reassigned to District Judge Jeremy Fogel for all further proceedings and Magistrate Richard Seeborg for all discovery matters. Signed by The Executive Committee on 10/26/07. (tsh, COURT STAFF) (Filed on 10/25/2007) Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 10/26/2007 (tsh, COURT STAFF). (Entered: 10/26/2007) |
| 10/31/2007 | 10 | CERTIFICATE OF SERVICE by Delores Mandrigues *Proof of Service Summons and Complaint on World Savings Bank, FSB* (Arbogast, David) (Filed on 10/31/2007) (Entered: 10/31/2007) |
| 10/31/2007 | 11 | CERTIFICATE OF SERVICE by Delores Mandrigues *Proof of Service Summons and Complaint on Wachovia Mortgage Corporation* (Arbogast, David) (Filed on 10/31/2007) (Entered: 10/31/2007) |
| 11/06/2007 | 12 | MOTION to Dismiss *Or, In The Alternative, Motion To Strike Portions Of Plaintiffs First Amended Complaint* filed by Wachovia Mortgage Corporation, World Savings Bank. Motion Hearing set for 1/4/2008 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Yandell, Keith) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss *Or, In The Alternative, Motion To Strike Portions Of Plaintiffs First Amended Complaint* filed byWachovia Mortgage Corporation, World Savings Bank. (Related document(s) 12 ) (Yandell, Keith) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 14 | Request for Judicial Notice re 12 MOTION to Dismiss *Or, In The Alternative, Motion To Strike Portions Of Plaintiffs First Amended Complaint* filed byWachovia Mortgage Corporation, World Savings Bank. (Attachments: # 1 Exhibit A and B To RJN)(Related document(s) 12 ) (Yandell, Keith) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 15 | Proposed Order re 12 MOTION to Dismiss *Or, In The Alternative, Motion To Strike Portions Of Plaintiffs First Amended Complaint* by Wachovia Mortgage Corporation, World Savings Bank. (Yandell, Keith) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 16 | Certificate of Interested Entities by Wachovia Mortgage Corporation, World Savings Bank (Yandell, Keith) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/07/2007 | 17 | NOTICE by Wachovia Mortgage Corporation, World Savings Bank re 12 MOTION to Dismiss *Or, In The Alternative, Motion To Strike Portions Of Plaintiffs First Amended Complaint - NOTICE OF ERRATA Correcting Typographical Error Re Hearing Date From 2007 To 2008 On Motion To Dismiss Papers, And Certificate Of Interested Parties, Filed On November 6, 2007* (Yandell, Keith) (Filed on 11/7/2007) (Entered: 11/07/2007) |
| 11/29/2007 | 18 | SUMMONS Returned Executed by Delores Mandrigues. World Savings, Inc. served on 10/17/2007, answer due 11/6/2007. (Arbogast, David) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | 19 | SUMMONS Returned Executed by Delores Mandrigues. World Savings Bank served on 10/17/2007, answer due 11/6/2007. (Arbogast, David) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 12/05/2007 | 20 | JOINT CASE MANAGEMENT STATEMENT - *JOINT RULE 26(f) REPORT* filed by Wachovia Mortgage Corporation, World Savings, Inc., World Savings Bank. (Yandell, Keith) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| | | |

| | | |
|---|---|---|
| 12/05/2007 | 21 | NOTICE by Delores Mandrigues *NOTICE OF ASSOCIATION OF COUNSEL* (Arbogast, David) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/14/2007 | 22 | Minute Entry: Initial Case Management Conference held on 12/14/2007 before Judge Jeremy Fogel (Date Filed: 12/14/2007). Plaintiff is granted leave to file an amended complaint by 12/31/07. The motion hearing set on 1/4/2008 is vacated. Further Case Management Conference set for 2/29/2008 09:00 AM. Motion Hearing set for 2/29/2008 09:00 AM. (Court Reporter Summer Clanton.) (dlm, COURT STAFF) (Date Filed: 12/14/2007) (Entered: 12/18/2007) |
| 12/31/2007 | 23 | AMENDED COMPLAINT *SECOND* against all defendants. Filed byDolores Mandrigues. (Moore, James) (Filed on 12/31/2007) (Entered: 12/31/2007) |
| 12/31/2007 | 24 | AMENDED COMPLAINT *CORRECTED SECOND* against all defendants. Filed byDolores Mandrigues. (Arbogast, David) (Filed on 12/31/2007) (Entered: 12/31/2007) |
| 01/22/2008 | 25 | MOTION to Dismiss *or, in the Alternative, Motion to Strike Portions of Plaintiffs' Corrected Second Amended Complaint* filed by Wachovia Mortgage Corporation, World Savings, Inc., World Savings Bank. Motion Hearing set for 2/29/2008 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Yandell, Keith) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/22/2008 | 26 | Brief re 25 MOTION to Dismiss *or, in the Alternative, Motion to Strike Portions of Plaintiffs' Corrected Second Amended Complaint* filed byWachovia Mortgage Corporation, World Savings, Inc., World Savings Bank. (Related document(s) 25 ) (Yandell, Keith) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/22/2008 | 27 | Request for Judicial Notice re 25 MOTION to Dismiss *or, in the Alternative, Motion to Strike Portions of Plaintiffs' Corrected Second Amended Complaint* filed byWachovia Mortgage Corporation, World Savings, Inc., World Savings Bank. (Attachments: # 1 Exhibit A&B to RJN, # 2 Proposed Order Granting Motion to Dismiss)(Related document(s) 25 ) (Yandell, Keith) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 02/04/2008 | 28 | Brief re 25 MOTION to Dismiss *or, in the Alternative, Motion to Strike Portions of Plaintiffs' Corrected Second Amended Complaint - Supplemental Memorandum of Points and Authorities, Based on Newly Issued Authority, In Support of Motion to Dismiss Plaintiffs' Corrected Second Amended Complaint* filed byWachovia Mortgage Corporation, World Savings, Inc., World Savings Bank. (Attachments: # 1 Exhibit)(Related document(s) 25 ) (Yandell, Keith) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/08/2008 | 29 | Memorandum in Opposition *TO 25 DEFENDANTS MOTION TO DISMISS* filed byDolores Mandrigues. (Arbogast, David) (Filed on 2/8/2008) Modified on 2/11/2008 (gm, COURT STAFF). (Entered: 02/08/2008) |
| 02/08/2008 | 30 | Declaration of David M. Arbogast in Support of 29 Memorandum in Opposition *TO DEFENDANTS MOTION TO DISMISS* filed byDolores Mandrigues. (Related document(s) 29 ) (Arbogast, David) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/15/2008 | 31 | Reply Memorandum re 25 MOTION to Dismiss *or, in the Alternative, Motion to* |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                    |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | *Strike Portions of Plaintiffs' Corrected Second Amended Complaint* filed byWachovia Mortgage Corporation, World Savings, Inc., World Savings Bank. (Yandell, Keith) (Filed on 2/15/2008) (Entered: 02/15/2008)                                                                                                                                                                                    |
| 02/27/2008 | 32 | REPORT of Rule 26(f) Planning Meeting *SUPPLEMENTAL JOINT RULE 26 (F) REPORT*. (Arbogast, David) (Filed on 2/27/2008) (Entered: 02/27/2008)                                                                                                                                                                                                                                                         |
| 02/27/2008 | 33 | ORDER RELATING CASE NUMBER CV-07-4498-JF. Signed by Judge Jeremy Fogel on 2/26/08. (dlm, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008)                                                                                                                                                                                                                                                    |
| 02/29/2008 | 34 | Minute Entry: Motion Hearing held on 2/29/2008 before Judge Jeremy Fogel (Date Filed: 2/29/2008) re 25 MOTION to Dismiss *or, in the Alternative, Motion to Strike Portions of Plaintiffs' Corrected Second Amended Complaint* filed by World Savings Bank, Wachovia Mortgage Corporation, World Savings, Inc.. The motion is taken under submission. Further Case Management Conference set for 4/11/2008 10:30 AM. (Court Reporter Summer Clanton.) (dlm, COURT STAFF) (Date Filed: 2/29/2008) (Entered: 03/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/06/2008 09:39:59 | | | |
| **PACER Login:** | mf0071 | **Client Code:** | 00753-0002622-10314 |
| **Description:** | Docket Report | **Search Criteria:** | 5:07-cv-04497-JF |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |