# Exhibit B

ADRMOP, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:07-cv-04498-JF

| | |
|---|---|
| Amparan v. Plaza Home Mortgage, Inc. | Date Filed: 08/30/2007 |
| Assigned to: Hon. Jeremy Fogel | Jury Demand: Defendant |
| Referred to: Magistrate Judge Richard Seeborg | Nature of Suit: 371 Truth in Lending |
| Relate Case Case: 5:07-cv-04497-JF | Jurisdiction: Federal Question |
| Cause: 15:1601 Truth in Lending | |

**Plaintiff**

**Eneida Amparan**  represented by  **David M. Arbogast**
*individually, and on behalf of all others*       Spiro Moss Barness LLP
*similarly situated*                              5th Floor
                                                  11377 West Olympic Boulevard
                                                  Los Angeles, CA 90064
                                                  310-235-2468
                                                  Fax: 310-235-2456
                                                  Email: david@spiromoss.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Jonathan Shub**
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19107
215-564-2300
Fax: 215-851-8029
Email: jshub@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick DeBlase**
Kiesel,Boucher & Larson LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
310-854-4444
Fax: 310-854-0812
Email: deblase@kbla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Kiesel**

        Kiesel, Boucher & Larson
        8648 Wilshire Boulevard
        Beverly Hils, CA 90211
        310-854-4444
        Fax: 310-854-0812
        Email: Kiesel@kbla.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Ira Spiro**
        Spiro Moss Barness LLP
        11377 W. Olympic Blvd
        Fifth Floor
        Los Angeles, CA 90064-1683
        310-235-2468
        Fax: 310-235-2456
        Email: Ira@SpiroMoss.com
        *ATTORNEY TO BE NOTICED*

        **Mark Bale**
        Thompson & Alessio,LLP
        2550 Fifth Ave Ste 600
        San Diego, CA 92103
        619-233-9100
        Email: mbale@thompsonalessio.com
        *ATTORNEY TO BE NOTICED*

        **Michael C Eyerly**
        Kiesel Boucher & Larson
        8648 Wilshire Blvd
        Beverly Hills, CA 90211-2910
        Email: eyerly@kbla.com
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Plaza Home Mortgage, Inc.**    represented by  **Mark Bale**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2007 | 1 | CLASS ACTION COMPLAINT (Summons Issued); jury demand; against Plaza Home Mortgage, Inc. ( Filing fee $ 350, receipt number 5461001629). Filed by Eneida Amparan. (bw, COURT STAFF) (Filed on 8/30/2007) Additional attachment(s) added on 8/31/2007 (bw, COURT STAFF). (Entered: 08/30/2007) |
| 08/30/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 12/4/2007. |

|  |  |  |
|---|---|---|
|  |  | Case Management Conference set for 12/11/2007 02:00 PM. (bw, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/30/2007) |
| 08/30/2007 |  | Summons Issued as to Plaza Home Mortgage, Inc. (bw, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/30/2007) |
| 08/30/2007 | 3 | Certification of Interested Entities or Persons by Eneida Amparan (bw, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/31/2007) |
| 08/30/2007 |  | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/31/2007) |
| 10/11/2007 | 4 | FIRST AMENDED CLASS ACTION COMPLAINT against all defendants. Filed by Eneida Amparan. (Arbogast, David) (Filed on 10/11/2007) Modified on 10/11/2007 (bw, COURT STAFF). Text modified on 11/1/2007 (bw, COURT STAFF). (Entered: 10/11/2007) |
| 10/31/2007 | 5 | Proof of Service of Summons and ( 4 ) FIRST AMENDED CLASS ACTION Complaint ( 3 ) and ( 2 ) on Plaza Home Mortgage, Inc. by Eneida Amparan (Arbogast, David) (Filed on 10/31/2007) Text modified on 11/1/2007, linkage added (bw, COURT STAFF). (Entered: 10/31/2007) |
| 11/07/2007 | 6 | STIPULATION *To Extend Time to Respond* by Eneida Amparan. (Arbogast, David) (Filed on 11/7/2007) (Entered: 11/07/2007) |
| 12/04/2007 | 7 | STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT ( 4 ) AND REVISED SCHEDULING ORDER by Eneida Amparan. (Arbogast, David) (Filed on 12/4/2007) Text modified and linkage added on 12/5/2007 (bw, COURT STAFF). (Entered: 12/04/2007) |
| 12/05/2007 | 8 | NOTICE OF ASSOCIATION OF COUNSEL (Arbogast, David) (Filed on 12/5/2007) Text modified on 12/5/2007 (bw, COURT STAFF). (Entered: 12/05/2007) |
| 12/05/2007 | 9 | REVISED STIPULATION AND (PROPOSED) ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND REVISED SCHEDULING ORDER ( 4 ) by Eneida Amparan. (Arbogast, David) (Filed on 12/5/2007) Text modified, linkage added on 12/6/2007 (bw, COURT STAFF). (Entered: 12/05/2007) |
| 12/06/2007 | 10 | STIPULATION AND ORDER Extending Defendant's Time to Respond to Plaintiff's First Amended Complaint and Revised Scheduling Order. Signed by Judge Patricia V. Trumbull on 12/6/07. (pvtlc1) (Filed on 12/6/2007) (Entered: 12/06/2007) |
| 12/17/2007 | 11 | ANSWER of Defendant Plaza Home Mortgage, Inc. to First Amended Class Action Complaint ( 4 ; Jury Demand by Plaza Home Mortgage, Inc. (Bale, Mark) (Filed on 12/17/2007) Text modified, linkage added on 12/18/2007 (bw, COURT STAFF). (Entered: 12/17/2007) |
| 01/22/2008 | 12 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *by Parties and Counsel* (Shub, Jonathan) (Filed on 1/22/2008) (Entered: 01/22/2008) |
|  |  |  |

| | | |
|---|---|---|
| 01/22/2008 | 13 | STIPULATION and Proposed Order selecting Private ADR by Eneida Amparan *and Plaza Home Mortgage, Inc.* (Shub, Jonathan) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/23/2008 | 14 | STIPULATION AND ORDER Selecting ADR Process. Signed by Judge Patricia V. Trumbull on 1/22/08. (pvtlc1) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/23/2008 | 15 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *ADR Certification* (Bale, Mark) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/23/2008 | 16 | Declination to Proceed Before a U.S. Magistrate Judge by Plaza Home Mortgage, Inc. (Bale, Mark) (Filed on 1/23/2008) Modified on 1/23/2008 (bw, COURT STAFF). (Entered: 01/23/2008) |
| 01/23/2008 | 17 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT. Case Management Statement due by 2/11/2008. Case Management Conference set for 3/3/2008 10:00 AM Before Honorable James Ware. (cm, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/23/2008 | 18 | MOTION to RELATED C07-4498 JW and C07-4497 JF cases (Arbogast, David) (Filed on 1/23/2008) Modified text on 1/23/2008,(counsel used incorrect event, correct event is motion, not notice.) (cv, COURT STAFF). (Entered: 01/23/2008) |
| 01/23/2008 | 19 | ORDER REASSIGNING CASE. Case reassigned to District Judge James Ware for all further proceedings and Magistrate Judge Patricia V. Trumbull for all discovery matters. Signed by The Executive Committee on 01/23/08. (tsh, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 02/11/2008 | 20 | JOINT CASE MANAGEMENT STATEMENT filed by Eneida Amparan, Plaza Home Mortgage, Inc.. (Bale, Mark) (Filed on 2/11/2008) (Entered: 02/11/2008) |
| 02/11/2008 | 21 | REPORT of Rule 26(f) Planning Meeting *Joint*. (Bale, Mark) (Filed on 2/11/2008) (Entered: 02/11/2008) |
| 02/27/2008 | 22 | ORDER RELATING CASE NUMBER CV-07-4498-JF. Signed by Judge Jeremy Fogel on 2/26/08. (dlm, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/28/2008 | 23 | CLERK'S NOTICE Case Management Conference set for 3/28/2008 10:30 AM. (jfsec, COURT STAFF) (Filed on 2/28/2008) (Entered: 02/28/2008) |
| 02/28/2008 | 24 | SCHEDULING ORDER RE CLASS DISCOVERY: The Case Management Conference set for 3/3/2008 is VACATED. The parties are ordered to comply with the following scheduling order: Close of Class Discovery due by 7/21/2008. Motion Hearing for Class Certificationset for 9/22/2008 08:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. James Ware. Please see Order for further specifics. Signed by Judge James Ware on 2/27/2008. (ecg, COURT STAFF) (Filed on 2/28/2008) (Entered: 02/28/2008) |
| 02/29/2008 | | Pursuant to Related Case Order ( 22 ). Case reassigned to District Judge Jeremy Fogel for all further proceedings and Magistrate Judge Richard Seeborg for all discovery matters. District Judge James Ware and Magistrate Judge Patricia V. |

| | | Trumbull no longer assigned to the case. (tsh, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/06/2008 09:40:32 | | | |
| **PACER Login:** | mf0071 | **Client Code:** | 00753-0002622-10314 |
| **Description:** | Docket Report | **Search Criteria:** | 5:07-cv-04498-JF |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |