# Exhibit C

ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:07-cv-04500-RMW

| | |
|---|---|
| O'Donnell et al v. Bank of America Corporation et al | Date Filed: 08/30/2007 |
| Assigned to: Hon. Ronald M. Whyte | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Howard R. Lloyd | Nature of Suit: 371 Truth in Lending |
| Cause: 15:1601 Truth in Lending | Jurisdiction: Federal Question |

**Plaintiff**

**Brian O'Donnell**  represented by  **David M. Arbogast**
*individually and on behalf of all others*  Spiro Moss Barness LLP
*similarly situated*  5th Floor
 11377 West Olympic Boulevard
 Los Angeles, CA 90064
 310-235-2468
 Fax: 310-235-2456
 Email: david@spiromoss.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Ira Spiro**
 Spiro Moss Barness LLP
 11377 W. Olympic Blvd
 Fifth Floor
 Los Angeles, CA 90064-1683
 310-235-2468
 Fax: 310-235-2456
 Email: Ira@SpiroMoss.com
 *ATTORNEY TO BE NOTICED*

 **Jonathan Shub**
 Seeger Weiss LLP
 1515 Market Street
 Suite 1380
 Philadelphia, PA 19102
 215-564-2300
 Fax: 215-851-8029
 Email: jshub@seegerweiss.com
 *ATTORNEY TO BE NOTICED*

 **Michael C Eyerly**
 Kiesel Boucher & Larson
 8648 Wilshire Blvd

Beverly Hills, CA 90211-2910
Email: eyerly@kbla.com
*ATTORNEY TO BE NOTICED*

**Patrick DeBlase**
Kiesel,Boucher & Larson LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
310-854-4444
Fax: 310-854-0812
Email: deblase@kbla.com
*ATTORNEY TO BE NOTICED*

**Paul R. Kiesel**
Kiesel, Boucher & Larson
8648 Wilshire Boulevard
Beverly Hils, CA 90211
310-854-4444
Fax: 310-854-0812
Email: Kiesel@kbla.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Michael Van Belleghem**<br>*individually and on behalf of all others similarly situtated* | represented by | **David M. Arbogast**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ira Spiro**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan Shub**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael C Eyerly**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick DeBlase**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul R. Kiesel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Van Belleghem** | represented by | **David M. Arbogast** |

| | |
|---|---|
| *individually and on behalf of all others similarly situated* | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ira Spiro**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan Shub**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael C Eyerly**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick DeBlase**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul R. Kiesel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Bank of America Corporation**<br>*TERMINATED: 01/25/2008* | represented by | **Michael John Agoglia**<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-7000<br>Fax: (415) 268-7522<br>Email: magoglia@mofo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cathleen Ellis Stadecker**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>415-268-7000<br>Fax: 415-268-7522<br>Email: cstadecker@mofo.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Wendy M. Garbers**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 |

(415) 268-6664
Email: wgarbers@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America**   represented by   **Michael John Agoglia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cathleen Ellis Stadecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy M. Garbers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Association**   represented by   **Michael John Agoglia**
*also known as*                                    (See above for address)
Bank of America N.A.                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cathleen Ellis Stadecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy M. Garbers**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2007 | 1 | CLASS ACTION COMPLAINT; Summons issued; against Bank of America Corporation, Bank of America, National Association ( Filing fee $ 350.00, receipt number 5461101631.). Filed byPatricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem. (gm, COURT STAFF) (Filed on 8/30/2007) (dhm, COURT STAFF). (Entered: 08/30/2007) |
| 08/30/2007 | 2 | Certificate of Interested Entities by Patricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem (gm, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/30/2007) |
| 08/30/2007 |  | Summons Issued as to Bank of America Corporation. *on 8/30/2007* (gm, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/30/2007) |
| 08/30/2007 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 12/7/2007. Case Management Conference set for 12/14/2007 10:30 AM. (Attachments: # 1 Standing Order # 2 CM Standing Order)(gm, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 8/30/2007) (Entered: 08/30/2007) |
| 08/30/2007 | | CASE DESIGNATED for Electronic Filing. (gm, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/30/2007) |
| 10/11/2007 | 4 | AMENDED COMPLAINT against all defendants. Filed byPatricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem. (Arbogast, David) (Filed on 10/11/2007) (Entered: 10/11/2007) |
| 10/23/2007 | 5 | CERTIFICATE OF SERVICE by Patricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem *Proof of Service Summons and Complaint* (Arbogast, David) (Filed on 10/23/2007) (Entered: 10/23/2007) |
| 10/23/2007 | 6 | CERTIFICATE OF SERVICE by Patricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem *Proof of Service Summons and Complaint* (Arbogast, David) (Filed on 10/23/2007) (Entered: 10/23/2007) |
| 11/01/2007 | 7 | STIPULATION *to Extend Time to Respond* by Bank of America Corporation, Bank of America, National Association. (Garbers, Wendy) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 12/05/2007 | 8 | NOTICE by Patricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem *NOTICE OF ASSOCIATION OF COUNSEL* (Arbogast, David) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/07/2007 | 9 | STIPULATION *and [Proposed] Order re Scheduling* by Bank of America Corporation, Bank of America, National Association. (Garbers, Wendy) (Filed on 12/7/2007) (Entered: 12/07/2007) |
| 12/12/2007 | 10 | STIPULATION AND ORDER 9 Re: Scheduling. Initial Case Management Conference set for 3/21/2008 10:30 AM. Joint Case Management Statement due 3/14/08. Motion Hearing on Motion to Dismiss Amended Compliant set for 2/8/2008 09:00 AM in Courtroom 6, 4th Floor, San Jose. Signed by Judge Ronald M. Whyte on 12/12/07. (jg, COURT STAFF) (Filed on 12/12/2007) (Entered: 12/12/2007) |
| 12/14/2007 | 11 | STIPULATION *Revised Stipulation and [Proposed] Order re Scheduling* by Bank of America Corporation, Bank of America, National Association. (Stadecker, Cathleen) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/20/2007 | 12 | STIPULATION AND ORDER 11 (Revised) Re: Scheduling: Hearing on Motions to Dismiss set for 2/15/2008 09:00 AM in Courtroom 6, 4th Floor, San Jose. Signed by Judge Ronald M. Whyte on 12/20/07. (jg, COURT STAFF) (Filed on 12/20/2007) (Entered: 12/20/2007) |
| 12/21/2007 | 13 | MOTION to Dismiss *Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint* filed by Bank of America Corporation, Bank of America, National Association. Motion Hearing set for 2/15/2008 09:00 AM in Courtroom 6, 4th Floor, San Jose. (Attachments: # 1 Proposed Order Proposed Order re Motion to Dismiss)(Garbers, Wendy) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/21/2007 | 14 | Declaration of Pamela Sullivan in Support of 13 MOTION to Dismiss *Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint Declaration* |

| | | |
|---|---|---|
| | | *of Pamela Sullivan In Support of Motion to Dismiss Plaintiff's First Amended Complaint* filed byBank of America Corporation, Bank of America, National Association. (Attachments: # 1 Exhibit Exhibits A through E to Sullivan Declaration)(Related document(s) 13 ) (Garbers, Wendy) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/21/2007 | 15 | Request for Judicial Notice re 14 Declaration in Support, 13 MOTION to Dismiss *Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint Defendants' Request for Judicial Notice In Support of Motion to Dismiss Plaintiffs' First Amended Complaint* filed byBank of America Corporation, Bank of America, National Association. (Attachments: # 1 Exhibit Exhibit A to Request for Judicial Notice, # 2 Exhibit Exhibit B to Request for Judicial Notice, # 3 Exhibit Exhibit C to Request for Judicial Notice)(Related document(s) 14 , 13 ) (Garbers, Wendy) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/21/2007 | 16 | Certificate of Interested Entities by Bank of America Corporation, Bank of America, National Association identifying Corporate Parent Bank of America Corporation for Bank of America, Bank of America Corporation, National Association. *Bank of America Corporation's FRCP Rule 7.1 and Local Rule 3-16 Statement* (Garbers, Wendy) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/21/2007 | 17 | Certificate of Interested Entities by National Association *Bank of America, National Association's FRCP Rule 7.1 and Local Rule 3-16 Statement* (Garbers, Wendy) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 01/04/2008 | 18 | NOTICE of Appearance by Jonathan Shub *as Attorney for Brian O'Donnell, Michael Van Belleghem, Patricia Van Belleghem, and All Others Similarly Situated* (Shub, Jonathan) (Filed on 1/4/2008) (Entered: 01/04/2008) |
| 01/22/2008 | 19 | STIPULATION *AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS MOTION TO DISMISS* by Patricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem. (Arbogast, David) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/23/2008 | 20 | **\*\*\* FILED IN ERROR. PLEASE SEE DOCKET # 21 . \*\*\***<br>STIPULATION *and [Proposed] Order Dismissing Defendant Bank of America Corporation* by Bank of America Corporation, Bank of America, National Association. (Garbers, Wendy) (Filed on 1/23/2008) Modified on 1/24/2008 (ewn, COURT STAFF). (Entered: 01/23/2008) |
| 01/23/2008 | 21 | STIPULATION *and [Proposed] Order Dismissing Defendant Bank of America Corporation* by Bank of America Corporation, Bank of America, National Association. (Agoglia, Michael) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/25/2008 | 22 | STIPULATION AND ORDER 21 Dismissing Defendant Bank of America Corporation, Bank of America Corporation terminated. Signed by Judge Ronald M. Whyte on 1/25/08. (jg, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 01/25/2008 | 23 | STIPULATION AND ORDER 19 Continuing Hearing on Defendant's Motion to Dismiss. Motion Hearing set for 2/29/2008 09:00 AM in Courtroom 6, 4th Floor, San Jose. Signed by Judge Ronald M. Whyte on 1/25/08. (jg, COURT STAFF) |

| | | |
|---|---|---|
| | | (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 02/14/2008 | 24 | STIPULATION *and [Proposed] Order Granting Plaintiffs Leave to File Second Amended Complaint* by Bank of America, National Association. (Attachments: # 1 Exhibit A)(Agoglia, Michael) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/21/2008 | 25 | STIPULATION AND ORDER 24 Granting Plaintiffs Leave to File Second Amended Complaint and Setting Schedule: Motion Hearing on Motion to Dismiss Second Amended Complaint set for 4/25/2008 09:00 AM in Courtroom 6, 4th Floor, San Jose. Initial Case Management Conference set for 5/9/2008 10:30 AM. Signed by Judge Ronald M. Whyte on 2/21/08. (jg, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/21/2008 | 26 | AMENDED COMPLAINT *SECOND AMENDED CLASS ACTION COMPLAINT* against all defendants. Filed byPatricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem. (Arbogast, David) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 03/03/2008 | 27 | NOTICE OF RELATED CASE by Patricia Van Belleghem, Brian O'Donnell, Michael Van Belleghem (Arbogast, David) (Filed on 3/3/2008) Modified on 3/4/2008 (dhm, COURT STAFF). (Entered: 03/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/06/2008 10:01:59 | | | |
| **PACER Login:** | mf0071 | **Client Code:** | 00753-0002622-10314 |
| **Description:** | Docket Report | **Search Criteria:** | 5:07-cv-04500-RMW |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |