UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>                Defendants. | Case No. C-07-04500 RMW (HRL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date:    April 25, 2008<br>Time:   9:00 a.m.<br>Crtrm:  6<br><br>Honorable Ronald M. Whyte<br><br>Complaint filed:    August 30, 2007 |

1   The motion of defendant Bank of America, National Association, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, to dismiss the Second Amended Complaint of plaintiffs Brian O'Donnell and Michael and Patricia Van Belleghem came on for hearing on April 25, 2008, at 9:00 a.m. Counsel for all parties appeared.

Based on the supporting and opposing memoranda and other related documents filed with the Court in connection with this motion, and the papers and records on file in this action, defendant's motion to dismiss the Second Amended Complaint is hereby GRANTED without leave to amend.

**IT IS SO ORDERED**.

Dated: _____, 2008

_____
THE HONORABLE RONALD M. WHYTE
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE NO. C-07-04500 RMW (HRL)
sf-2477280

1