1  David M. Arbogast (SBN 167571)
2  David@SpiroMoss.com
   Ira Spiro (SBN 67641)
3  Ira@SpiroMoss.com
   **SPIRO MOSS BARNESS LLP**
4  11377 W. Olympic Boulevard, Fifth Floor
   Los Angeles, CA 90064-1683
5  Phone: (310) 235-2468; Fax: (310) 235-2456

6  Jeffrey K. Berns (SBN 131351)
   jberns@jeffbernslaw.com
7  **LAW OFFICES OF JEFFREY K. BERNS**
   19510 Ventura Boulevard, Suite 200
8  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone:  (310) 854-4444
Fax:  (310) 854-0812

9
   Attorneys for Plaintiff and all others Similarly Situated
10
                    **UNITED STATES DISTRICT COURT**
11
              **NORTHERN DISTRICT OF DISTRICT OF CALIFORNIA**
12

13  BRIAN O'DONNELL, MICHAEL VAN          )  **CASE NO.  5:07-CV-04500 RMW**
    BELLEGHEM, PATRICIA VAN               )
14  BELLEGHEM, individually and on behalf of )  CLASS ACTION
    all others similarly situated,        )
15                                        )  **NOTICE OF APPEARANCE OF JEFFREY K.**
                    Plaintiff,            )  **BERNS, ATTORNEY FOR PLAINTIFFS,**
16                                        )  **BRIAN O'DONNELL, MICHAEL VAN**
                                          )  **BELLEGHEM, PATRICIA VAN BELLEGHEM**
17      v.                                )
                                          )
18  BANK OF AMERICA, and DOES 1 through   )
    10 inclusive,                         )
19                                        )
20                  Defendants.           )

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeffrey K Berns, of the law offices of Jeffrey Berns, appears in this action as an attorney of record for Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, and all others similarly situated. Their contact information is as follows:

> Jeffrey K Berns(SBN 131351)
> Jberns@jeffbernslaw.com
> **LAW OFFICES OF JEFFREY BERNS**
> 19510 Ventura Blvd. Suite 200
> Tarzana, CA 91356
> Phone: (818) 961-2000
> Fax: (310) 861-1775

DATED: March 10, 2008         **THE LAW OFFICES OF JEFFREY BERNS**

By: Jeffrey Berns */S/*

Jeffrey K. Berns, Esq.
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorneys for Plaintiff and all others Similarly Situated