Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04500 RMW**<br><br>CLASS ACTION<br><br>**DECLARATION OF JONATHAN SHUB IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing Date: April 25, 2008<br>Time:         9:00 a.m.<br>Place:        Courtroom 6<br>Judge:       Hon. Ronald M. Whyte<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

1.  I am an active member of the State Bar of California and I am a member of the Bar of this Court.  I am one of the attorneys of record for Plaintiffs in this action.

2.  **Exhibit 1**, attached hereto is a true and correct copy of relevant pages from The Federal Reserve Board Official Staff Interpretations for 12 CFR § 226.2;

3.  **Exhibit 2**, attached hereto is a true and correct copy of relevant pages from The Federal Reserve Board Official Staff Interpretations for 12 CFR § 226.19;

4.  **Exhibit 3**, attached hereto is a true and correct copy of relevant pages from The Federal Reserve Board Official Staff Interpretations for 12 CFR § 226.17;

5.  **Exhibit 4**, attached hereto is a true and correct copy of the Federal Reserve Board Office of Thrift Supervision's *Consumer Handbook on Adjustable Rate Mortages*, revised and reprinted June 2001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed in the Commonwealth of Pennsylvania on March 28, 2008.

                                              */s/*
                                              JONATHAN SHUB
                                              Seeger Weiss LLP