Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone:  (310) 854-4444; Fax:  (310) 854-0812

David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax:  (310) 235-2456

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax:  (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04500 RMW**<br><br>**PLAINTIFFS OBJECTIONS TO, AND NOTICE OF INTENTION TO STRIKE PORTIONS OF THE MOTION TO DISMISS**<br><br>Hearing Date: April 25, 2008<br>Time:               9:00 a.m.<br>Place:              Courtroom 6<br>Judge:             Hon. Ronald M. Whyte<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

1  PLEASE TAKE NOTICE that, at the time of the hearing on Defendant's motion to dismiss,
2 Plaintiffs will move the Court for an order striking the objectionable portions of the Notice of Motion
3 and Motion to Dismiss Plaintiffs' Second Amended Complaint; Memorandum of Points and Authorities.
4  On page 3 lines 9-13 and in footnote 2, Defendant quotes from and otherwise cites to the
5 Consumer Handbook on Adjustable-Rate Mortgages ("Handbook").  Such references should be struck
6 from the record on the grounds that the matters set forth therein (a) are false; and (b) such statement, and
7 the document it refers to is irrelevant in that the document was not in existence at the time Plaintiffs
8 entered into the loan contract at issue with Defendant.
9  In particular, Defendant directs the Court's attention to the Handbook currently found at
10 http://www.federalreserve.gov/pubs/arms/arms_english.htm.  However, the version of the Handbook
11 found at that link states at the bottom of the last page:  "Revised: 2006  Reprinted December 2006."
12 Plaintiff O'Donnell entered into his loan on June 8, 2005 (see SAC, Ex. 1) over a year *before* the
13 document was published and Plaintiffs Van Belleghem's entered into their loan on May 25, 2006
14 (see SAC, Ex. 2) months *before* the document was published.  Therefore the Handbook referred to by
15 Defendant could not have possibly been provided to the Plaintiffs or have any relationship to their loans.
16  Moreover, the Federal Reserve's handbook that was available, and in effect, on the date that
17 Defendant entered into the loan contract with Plaintiffs, does not contain the Option Arm loan language
18 that Defendant cites to and therefore is completely irrelevant for the purpose for which Defendant has
19 attempted to proffer this evidence regarding its disclosures to Plaintiffs at the time Defendant sold the
20 loan.  See Shub Decl., Ex. 4
21  Plaintiffs respectfully request that the Court sustain their objections, and that the Court strike the
22 objectionable portions from the record.
23 DATED: March 28, 2008                **SEEGER WEISS LLP**
24
25             By:    */S/*
                     Jonathan Shub, Esq.
26                   1515 Market Street, Suite 1380
                     Philadelphia, PA 19107
27                   Phone: (215) 564-2300
                     Fax (215) 851-8029
28

-2-

PLAINTIFFS' OBJECTIONS TO MOTION TO DISMISS- C-07-4500 RMW

|   |   |
|---|---|
| 1 |   |
| 2 | David M. Arbogast, Esq.<br>**SPIRO MOSS BARNESS LLP** |
| 3 | 11377 W. Olympic Boulevard, Fifth Floor<br>Los Angeles, CA 90064-1683 |
| 4 | Phone: (310) 235-2468<br>Fax: (310) 235-2456 |
| 5 | Paul R. Kiesel, Esq. |
| 6 | Patrick Deblase, Esq.<br>Michael C. Eyerly, Esq. |
| 7 | **KIESEL BOUCHER LARSON LLP**<br>8648 Wilshire Boulevard |
| 8 | Beverly Hills, California 90210<br>Phone: (310) 854-4444 |
| 9 | Fax: (310) 854-0812 |
| 10 | Jeffrey K. Berns, Esq.<br>**LAW OFFICES OF JEFFREY K. BERNS** |
| 11 | 19510 Ventura Blvd, Suite 200<br>Tarzana, California 91356 |
| 12 | Phone: (818) 961-2000<br>Fax:  (818) 867-4820 |
| 13 | Attorneys for Plaintiffs and all others Similarly Situated |

-3-

PLAINTIFFS' OBJECTIONS TO MOTION TO DISMISS- C-07-4500 RMW