1  MICHAEL J. AGOGLIA (CA SBN 154810)
   magoglia@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   wgarbers@mofo.com
3  NANCY R. THOMAS (CA SBN 236185)
   nthomas@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Defendant
   BANK OF AMERICA, NATIONAL ASSOCIATION
8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  BRIAN O'DONNELL, MICHAEL VAN          Case No. C-07-04500 RMW (HRL)
    BELLEGHEM, and PATRICIA VAN
14  BELLEGHEM, individually, and on behalf of all
    others similarly situated,              **DEFENDANT'S REQUEST FOR
15                                          JUDICIAL NOTICE FOR REPLY IN
                    Plaintiffs,             SUPPORT OF MOTION TO DISMISS
16                                          PLAINTIFFS' SECOND AMENDED
         v.                                 COMPLAINT**
17
18  BANK OF AMERICA, NATIONAL              Date:   April 25, 2008
    ASSOCIATION a.k.a. BANK OF AMERICA,    Time:   9:00 a.m.
19  N.A., and DOES 1 through 10 inclusive,  Crtrm:  6

20                  Defendants.             Honorable Ronald M. Whyte

21                                          Complaint filed:   August 30, 2007

22
23
24
25
26
27
28

REQUEST FOR JUDICIAL NOTICE FOR REPLY ISO MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE NO. C-07-04500 RMW (HRL)
sf-2496503

1  TO EACH AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, defendant Bank
3  of America, National Association ("Bank of America"), on the above-stated date and time, or as
4  soon thereafter as counsel may be heard, will request and hereby does request that this Court take
5  judicial notice of the following materials, for Defendant's Reply in Support of Motion to Dismiss
6  Plaintiffs' Second Amended Complaint, filed concurrently with this request.

7  Rule 201 provides that "[a] judicially noticed fact must be one not subject to reasonable
8  dispute in that it is . . . capable of accurate and ready determination by resort to sources whose
9  accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "A court *shall* take judicial
10 notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d)
11 (italics added). "Judicial notice may be taken at any stage of the proceeding." Fed. R. Evid.
12 201(f).

### DOCUMENTS

14 Pursuant to Rule 201, Bank of America respectfully requests that this Court take judicial
15 notice of the following:

16 1.   Attached as Exhibit A is a true and correct copy of Fannie Mae's Form 3524,
17 Negotiated Multistate "Adjustable Rate Note (LIBOR One-Month Index (As Published In The
18 Wall Street Journal)—Payment and Rate Caps)." This public record is from Fannie Mae's
19 website, which provides downloadable copies of its uniform instruments, such as standard and
20 negotiated notes. https://www.efanniemae.com/sf/formsdocs/documents/notes/ (last visited on
21 April 11, 2008).

22 Judicial notice is proper. Fannie Mae's Form 3524 is "not subject to reasonable dispute,"
23 because it is "capable of accurate and ready determination by resort to sources whose accuracy
24 cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts routinely take judicial notice of
25 public records from Internet websites. *See Laborer's Pension Fund v. Blackmore Sewer Constr.*,
26 298 F.3d 600, 608 (7th Cir. 2002) (referring to the Federal Deposit Insurance Corporation's
27 website to take judicial notice of public record); *Denius v. Dunlap*, 330 F.3d 919, 926 (7th Cir.
28 2003) (citing federal repository's website to take judicial notice of public record); *cf. Daghlian v.*

1  *DeVry Univ., Inc.*, 461 F. Supp. 2d 1121, 1143-45 nn.36-37 (C.D. Cal. 2006) (relying on state
2  agency's website to judicially notice public record).

3  Accordingly, it is appropriate for the Court to take judicial notice of Fannie Mae's
4  Form 3524.

5  Dated:  April 11, 2008             MICHAEL J. AGOGLIA
                                       WENDY M. GARBERS
6                                      NANCY R. THOMAS
                                       MORRISON & FOERSTER LLP
7

8                                      By:      /s/ Michael J. Agoglia
                                                Michael J. Agoglia
9
                                       Attorneys for Defendant
10                                     BANK OF AMERICA, NATIONAL
                                       ASSOCIATION
11

12

13  I, Wendy M. Garbers, am the ECF User whose ID and password are being used to file this
14  Defendant's Request for Judicial Notice for Reply in Support of Motion to Dismiss Plaintiffs'
15  Second Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that
16  Michael J. Agoglia has concurred in this filing.

17  Dated:  April 11, 2008

18
                                       By: /s/ Wendy M. Garbers
19                                              Wendy M. Garbers

20

21

22

23

24

25

26

27

28