Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300; Fax (215) 851-8029

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jeffrey K. Berns, Esq. (SBN 131351)
Jberns@law111.com
David M. Arbogast (SBN 167571)
Darbogast@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiffs and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICA VAN BELLEGHEM, Individually, and on Behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 Inclusive,<br><br>Defendants. | **CASE NO. C-07-04500 RMW**<br><br>Judge: Hon. Ronald M. Whyte<br>Ctrm: 6<br><br>**STATEMENT OF RECENT DECISION**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not yet set |

ON MARCH 29, 2008, United States District Court Judge Andrew Guilford of the Central District of California issued an Order Granting In Part And Denying In Part Defendants' Motion to Dismiss in *Reyes v. Downey Savings and Loan Association, et al.,* --- F.Supp.2d ---, 2008 WL

867722 (Case No. SACV 07-0615-AG (CTx)). The decision is relevant to issues raised in Plaintiffs' Opposition to Defendants' Motion to Dismiss. Plaintiffs submit a copy of this Order (attached hereto as Exhibit "A") for the Court's consideration pursuant to Civ.L.R. 7-3(d).

                                                Respectfully Submitted,

DATED: April 16, 2008                **SEEGER WEISS LLP**

By:    /s/
       Jonathan Shub
       Jshub@seegerweiss.com
       1515 Market Street, Suite 1380
       Philadelphia, PA 19102
       Phone: (215) 564-2300
       Fax (215) 851-8029

       Jeffrey K. Berns, Esq. (SBN 131351)
       Jberns@law111.com
       David M. Arbogast (SBN 167571)
       Darbogast@law111.com
       **ARBOGAST & BERNS LLP**
       19510 Ventura Boulevard, Suite 200
       Tarzana, California 91356
       Phone: (818) 961-2000; Fax: (818) 867-4820

       Paul R. Kiesel, Esq. (SBN 119854)
       kiesel@kbla.com
       Patrick DeBlase, Esq. (SBN 167138)
       deblase@kbla.com
       Michael C. Eyerly, Esq. (SBN 178693)
       eyerly@kbla.com
       **KIESEL BOUCHER LARSON LLP**
       8648 Wilshire Boulevard
       Beverly Hills, California 90211
       Phone: (310) 854-4444; Fax: (310) 854-0812

       On behalf of Plaintiffs