MICHAEL J. AGOGLIA (CA SBN 154810)
magoglia@mofo.com
WENDY M. GARBERS (CA SBN 213208)
wgarbers@mofo.com
NANCY R. THOMAS (CA SBN 236185)
nthomas@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04500 RMW (HRL)<br><br>**BANK OF AMERICA, NATIONAL ASSOCIATION'S ADR CERTIFICATION**<br><br>Honorable Ronald M. Whyte<br><br>Complaint filed:   August 30, 2007 |

1  Pursuant to ADR L.R. 3-5, each of the undersigned certifies that he or she has read the
2  brochure entitled "Dispute Resolution Procedures in the Northern District of California,"
3  discussed the available resolution options provided by the Court and private entities, and has
4  considered whether this case might benefit from any of the available dispute resolution options.

Dated:  April 18, 2008        BANK OF AMERICA, NATIONAL ASSOCIATION

                              By:     /s/ Marc Lackner
                                      Marc Lackner

Dated:  April 18, 2008        MICHAEL J. AGOGLIA
                              WENDY M. GARBERS
                              NANCY R. THOMAS
                              MORRISON & FOERSTER LLP

                              By:     /s/ Wendy M. Garbers
                                      Wendy M. Garbers

                              Attorneys for Defendant
                              BANK OF AMERICA, NATIONAL
                              ASSOCIATION


ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated:  April 18, 2008        By:     /s/ Wendy M. Garbers
                                      Wendy M. Garbers

1
BANK OF AMERICA, NATIONAL ASSOCIATION'S ADR CERTIFICATION
CASE NO. C-07-04500 RMW (HRL)
sf-2501548