| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
|   | magoglia@mofo.com |
| 2 | WENDY M. GARBERS (CA SBN 213208) |
|   | wgarbers@mofo.com |
| 3 | NANCY R. THOMAS (CA SBN 236185) |
|   | nthomas@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, PATRICIA VAN BELLEGHEM, individually and on behalf of all others similarly situated, | Case No. C-07-04500 RMW |
| Plaintiffs, | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive, | |
| Defendants. | |

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C-07-04500 RMW
sf-2501532

1. Counsel report that they have met and conferred regarding ADR and that they have not yet agreed to an ADR process.

2. Date of Case Management Conference: May 9, 2008.

3. Counsel note that defendant has a motion to dismiss pending, which is set for hearing on April 25, 2008. Counsel believe that, until the pleadings are settled, it is difficult to assess the potential utility of each ADR process, and that they would be more likely to agree on a suitable ADR process once the scope of the claims is settled.

The following counsel will participate in the ADR phone conference:

| Name | Party Represented | Phone Number | Email Address |
| --- | --- | --- | --- |
| Michael Agoglia and Wendy Garbers | Defendant Bank Of America, National Association | (415) 268-6057<br>(415) 268-6664 | magoglia@mofo.com<br>wgarbers@mofo.com |
| Jonathan Shub | Plaintiffs Brian O'Donnell, Michael Van Belleghem, and Patricia Van Belleghem | (215) 553-7980 | jshub@seegerweiss.com |

DATED: April 18, 2008                    SEEGER WEISS LLP


By:      /s/ Jonathan Shub
    Jonathan Shub
    JShub@seegerweiss.com
    on behalf of Plaintiffs

DATED: April 18, 2008                    MORRISON & FOERSTER LLP


By:      /s/ Wendy M. Garbers
    Wendy M. Garbers
    wgarbers@mofo.com
    on behalf of Defendant

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: April 18, 2008          By:    /s/ Wendy M. Garbers
                                      Wendy M. Garbers