Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**LAW OFFICE OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04500 RMW**<br><br>Judge: Hon. Ronald M. Whyte<br>Ctrm: 6<br><br>CLASS ACTION<br><br><br>**SUBSTITUTION OF ATTORNEY**<br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN

3  BELLEGHEM, and PATRICIA VAN BELLEGHEM request the following substitution:

4  **Former legal representative:**
Ira Spiro, Esq. (SBN 67641)
5  **SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
6  Los Angeles, CA 90064-1683
Phone: (310) 235-2468
7  Fax:    (310) 235-2456

8  **New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
9  **LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
10  Tarzana, California 91356
Phone (818) 961-2000
11  Fax: (818) 867-4820

12  The parties requesting substitution are Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN

13  BELLEGHEM, and PATRICIA VAN BELLEGHEM.

14  I CONSENT TO THIS SUBSTITUTION:

15

16  Dated: April 15, 2008              */s/ Brian O'Donnell*
                                       Plaintiff, BRIAN O'DONNELL
17

18  Dated: April 15, 2008              */s/ Michael Van Belleghem*
                                       Plaintiff, MICHAEL VAN BELLEGHEM
19

20  Dated: April 15, 2008              */s/ Patricia Van Belleghem*
                                       Plaintiff, PATRICIA VAN BELLEGHEM
21

22  I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

23
    Dated: April 16, 2008              */s/ Ira Spiro*
24                                     Ira Spiro, Esq.
                                       SPIRO MOSS BARNESS LLP
25

26  / / /

27  / / /

28  / / /

-2-

SUBSTITUTION OF ATTORNEYS - C-07-04500 RMW

1  I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

2  DATED: April 16, 2008               **LAW OFFICES OF JEFFREY K. BERNS**

3

4                                       By:    */s/ Jeffrey K. Berns*
                                                19510 Ventura Boulevard, Suite 200
5                                               Tarzana, California 91356.
                                                Phone: (818) 961-2000
6                                               Fax:    (818) 867-4820

7                                               Jonathan Shub, Esq.
                                                **SEEGER WEISS LLP**
8                                               1515 Market Street, Suite 1380
                                                Philadelphia, PA 19107
9                                               Phone: (215) 564-2300; Fax (215) 851-8029

10                                              Paul R. Kiesel, Esq.
                                                Patrick DeBlase, Esq.
11                                              Michael C. Eyerly, Esq.
                                                **KIESEL BOUCHER LARSON LLP**
12                                              8648 Wilshire Boulevard
                                                Beverly Hills, California 90211
13                                              Phone: (310) 854-4444; Fax: (310) 854-0812

14                                              Attorneys for Plaintiffs BRIAN O'DONNELL,
                                                MICHAEL VAN BELLEGHEM, and PATRICIA
15                                              VAN BELLEGHEM and all others Similarly
                                                Situated

16

17                              **[PROPOSED] ORDER**

18     Upon consideration of all the papers submitted in connection herewith, and good cause

19  appearing, the Substitution of Attorney is here by granted.

20  **IT IS SO ORDERED**

21

22  Dated: _____, 2008            _____
                                        Hon. Ronald M. Whyte
23                                      DISTRICT COURT JUDGE

-3-

SUBSTITUTION OF ATTORNEYS - C-07-04500 RMW