1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   BRIAN O'DONNELL, et al.,

                                               CASE NO.: C-07-04500 RMW
11              Plaintiff,

                                               **CLERK'S NOTICE CONTINUING**
12        v.                                   **MOTION HEARING**

13   BANK OF AMERICA CORPORATION, et al.,

14              Defendant.

15

16
          PLEASE TAKE NOTICE that Defendant's Motion to Dismiss  in the above-entitled matter
17
     which was previously set for April 25, 2008 at 9:00 a.m. before the Honorable Judge Ronald M.
18
     Whyte has been Rescheduled to **May 9, 2008 at  9:00 a.m** before the  Honorable Judge Ronald M.
19
     Whyte**.**   Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First
20
     Street, San Jose, California.
21
          If the above-entitled matter settles counsel are required to notify the Court by contacting the
22
     Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.
23

24

25
     DATED:  April 23, 2008
26
                                                    /s/ Corinne Lew
27                                                  Courtroom Deputy

28

     Copy of Order E-Filed to Counsel of Record: