# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

DATE: May 9, 2008

Case No. C-07-04500-RMW    JUDGE: Ronald M. Whyte

BRIAN O'DONNELL, et al.    -V- BANK OF AMERICA CORPORATION, et al.
Title

D. Arbogast, J. Shub                         C. Chen, W. Garbers
Attorneys Present (Plaintiff)                Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia                   COURT REPORTER: Lee-Anne Shortridge

## PROCEEDINGS

## DEFENDANT'S MOTION TO DISMISS

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides and took this matter under submission.

The Court to send out a ruling to the parties. The matter is deemed submitted.