UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-07-04500-RMW        JUDGE: Ronald M. Whyte

BRIAN O'DONNELL, et al.                        -V- BANK OF AMERICA CORPORATION, et al.
 Title

D. Arbogast, J. Shub                              C. Chen, W. Garbers
Attorneys Present (Plaintiff)                    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia              COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

 Hearing Held. The Court to shall reset the CMC in the ruling on defendant's motion to dismiss.