1  Jonathan Shub (SBN 237708)
   jshub@seegerweiss.com
2  **SEEGER WEISS LLP**
   1515 Market Street, Suite 1380
3  Philadelphia, PA 19107
   Phone: (215) 564-2300; Fax (215) 851-8029
4
5  Paul R. Kiesel, Esq. (SBN 119854)         Jeffrey K. Berns, Esq. (SBN 131351)
   kiesel@kbla.com                           jberns@law111.com
   Patrick DeBlase, Esq. (SBN 167138)        **LAW OFFICE OF JEFFREY K. BERNS**
6  deblase@kbla.com                          19510 Ventura Boulevard, Suite 200
   Michael C. Eyerly, Esq. (SBN 178693)      Tarzana, California 91356
7  eyerly@kbla.com                           Phone: (818) 961-2000; Fax: (310) 861-1775
   **KIESEL BOUCHER LARSON LLP**
8  8648 Wilshire Boulevard
   Beverly Hills, California 90211           ***E-FILED - 5/14/08***
9  Phone: (310) 854-4444; Fax: (310) 854-0812

10 Attorneys for Plaintiff and all others Similarly Situated

11

12                          **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

14

15 BRIAN O'DONNELL, MICHAEL VAN          )   **CASE NO. C-07-04500 RMW**
   BELLEGHEM, and PATRICIA VAN           )
   BELLEGHEM, individually, and on behalf of )  Judge: Hon. Ronald M. Whyte
16 all others similarly situated,        )   Ctrm: 6
                                         )
17                Plaintiffs,            )   CLASS ACTION
                                         )
18        v.                             )   Order Granting
                                         )
19                                       )   **SUBSTITUTION OF ATTORNEY**
   BANK OF AMERICA, NATIONAL             )
20 ASSOCIATION a.k.a. BANK OF AMERICA,   )
   N.A., and DOES 1 through 10 inclusive,)
21                                       )
                Defendants.              )
22                                       )
                                         )
23                                       )   Complaint Filed: August 29, 2007
                                         )   Trial Date: Not set yet.
                                         )
24                                       )
                                         )
25 _____)

26

27

28

SUBSTITUTION OF ATTORNEYS - C-07-04500 RMW

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN

3  BELLEGHEM, and PATRICIA VAN BELLEGHEM request the following substitution:

4  **Former legal representative:**
Ira Spiro, Esq. (SBN 67641)
5  **SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
6  Los Angeles, CA 90064-1683
Phone: (310) 235-2468
7  Fax:   (310) 235-2456

8  **New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
9  **LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
10  Tarzana, California 91356
Phone (818) 961-2000
11  Fax: (818) 867-4820

12  The parties requesting substitution are Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN

13  BELLEGHEM, and PATRICIA VAN BELLEGHEM.

14  I CONSENT TO THIS SUBSTITUTION:

15

16  Dated: April 15, 2008                    */s/ Brian O'Donnell*
                                              Plaintiff, BRIAN O'DONNELL
17

18  Dated: April 15, 2008                    */s/ Michael Van Belleghem*
                                              Plaintiff, MICHAEL VAN BELLEGHEM
19

20  Dated: April 15, 2008                    */s/ Patricia Van Belleghem*
                                              Plaintiff, PATRICIA VAN BELLEGHEM
21

22  I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

23
    Dated:  April 16, 2008                   */s/ Ira Spiro*
24                                            Ira Spiro, Esq.
                                              SPIRO MOSS BARNESS LLP
25

26  / / /

27  / / /

28  / / /

-2-

SUBSTITUTION OF ATTORNEYS - C-07-04500 RMW

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED: April 16, 2008  **LAW OFFICES OF JEFFREY K. BERNS**

By: */s/ Jeffrey K. Berns*
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:   (818) 867-4820

Jonathan Shub, Esq.
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Attorneys for Plaintiffs BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM and all others Similarly Situated

### [] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: __5/14__, 2008

_Ronald M. Whyte_____
Hon. Ronald M. Whyte
DISTRICT COURT JUDGE