1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04500 RMW (HRL)<br><br>**ORDER GRANTING LEAVE AND DEEMING FILED DEFENDANT'S STATEMENT OF RECENT DECISION**<br><br>Honorable Ronald M. Whyte<br><br>Complaint filed:     August 30, 2007 |
|---|---|

ORDER GRANTING LEAVE AND
DEEMING FILED STATEMENT OF RECENT DECISION
CASE NO. C-07-04500 RMW (HRL)

1   On October 5, 2009, pursuant to Civil Local Rule 7-3(d), Defendant filed its Request for
2   Leave to File Statement of Recent Decision ("Request"). Based on Defendant's Request, and the
3   papers and records on file in this action, leave is granted.
4   Defendant's Statement of Recent Decision in Support of Motion to Dismiss State-Law
5   Claims in Third Amended Complaint (attached as Exhibit 1 to the Request) is hereby deemed
6   filed and submitted.
7   **IT IS SO ORDERED**.

Dated: March 9, 2010

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Judge

sf-2747907

ORDER GRANTING LEAVE AND
DEEMING FILED STATEMENT OF RECENT DECISION      1
CASE NO. C-07-04500 RMW (HRL)