| | |
|---|---|
| **SEEGER WEISS LLP** <br> Jonathan Shub (SBN 237708) <br> jshub@seegerweiss.com <br> 1515 Market Street, Suite 1380 <br> Philadelphia, PA 19102 <br> Tel.: (215) 564-2300 <br> Fax  (215) 851-8029 | |
| **SEEGER WEISS LLP** <br> Christopher A. Seeger (Admitted *Pro Hac Vice*) <br> cseeger@seegerweiss.com <br> 1 William Street <br> New York, NY 10004 <br> Tel.: (212) 584-0700 <br> Fax: (212) 584-0799 | **ARBOGAST & BERNS LLP** <br> David M. Arbogast (SBN 167571) <br> darbogast@law111.com <br> Jeffrey K. Berns  (SBN 131351) <br> jberns@law111.com <br> 6303 Owensmouth Ave., 10th Floor <br> Woodland Hills, CA 91367-2263 <br> Tel.: (818) 961-2000 <br> Fax:  (818) 936-0232 |

Attorneys for Plaintiffs and others Similarly Situated

*E-FILED - 2/3/11*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive, <br><br> Defendants. | **CASE NO.  5:07-cv-04500-RMW** <br><br> [*Assigned to the Hon. Ronald M. Whyte*] <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION OF DISMISSAL OF PLAINTIFFS' TILA CLAIMS WITH PREJUDICE AND [Fxxxxxxxxx] ORDER** <br><br><br> Complaint Filed:    August 30, 2007 <br> Trial Date:             Not set yet |

1     WHEREAS by Order entered March 15, 2010 (Dkt. No. 75) the Court dismissed, without leave to amend, Counts (2) Fraudulent Omissions, (3) Violation of Bus. & Prof. Code §17200, *et seq*. – "Unlawful," "Unfair" and "Fraudulent" Business Practices, and (4) Breach of Contract, of the Third Amended Complaint filed on April 9, 2010 ("TAC") (Dkt. No. 55);

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiffs BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM and Defendant BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., by and through their respective counsel of record, voluntarily dismiss their remaining claims under the Truth-in-Lending Act, asserted in Count One of the TAC, with prejudice and without costs or attorney's fees as to any party.

| | |
|---|---|
| DATED: January 13, 2011 | Plaintiffs, BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM |
| | By their attorneys, |
| |  /s/ *Jonathan Shub*<br>Jonathan Shub<br>jshub@seegerweiss.com<br>on behalf of Plaintiffs |
| DATED: January 13, 2011 | Defendant, BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A. |
| | By its attorneys, |
| |  /s/ *Wendy M. Garbers*<br>Wendy M. Garbers<br>wgarbers@mofo.com<br>on behalf of Defendants |

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: January 13, 2011            *By: /s/ Jonathan Shub*
Jonathan Shub

Stipulation to Dismiss TILA Claims with Prejudice - 5:07-cv-04500-RMW

1
2    **IT IS SO ORDERED**.
3    Dated: ___2/3_____, 2011
4                                             _____
                                              HON. RONALD M. WHYTE
5                                             UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28