**E-filed on: 5/16/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN O'DONNELL, MICHAEL VAN BELLEGHEM, and PATRICIA VAN BELLEGHEM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION a.k.a. BANK OF AMERICA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | 5:07-cv-04500-RMW<br><br>JUDGMENT |

On March 15, 2010, the court dismissed the second, third, and fourth causes of action in the Third Amended Complaint with prejudice. On February 3, 2011, in accordance with the stipulation of the parties, the court dismissed any and all remaining claims with prejudice and without costs or attorneys' fees to any party. Therefore, it is hereby adjudged that judgment be entered in favor of defendant Bank of America, National Association a.k.a. Bank of America, N.A.

DATED:       5/16/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. 5:07-cv-04500 RMW
MEC